UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | CIVIL ACTION<br><br>NO. 11-CV-00733-WHP<br><br>CLASS ACTION |
| Plaintiff, | |
| vs. | |
| BANK OF AMERICA CORPORATION, et al., | |
| Defendants. | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing document to be served this date upon all parties of record, by electronic filing and resulting service upon all counsel of record, and by first class mail, postage prepaid upon:

> CCB International Capital Ltd.
> SUITE 3408, 34/F
> TWO PACIFIC PLACE
> 88 QUEENSWAY ADMIRALTY
> HONG KONG
>
> ICBC International Securities Ltd.
> $17^{TH}/18^{TH}$ FLOOR
> THREE PACIFIC PLACE
> QUEEN'S ROAD EAST 1
> HONG KONG

Dated: December 28, 2011

Mark R. Rosen