# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2628
DIRECT FAX
(917) 777-2628
EMAIL ADDRESS
JAY.KASNER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

*[Handwritten:]* Application granted in part and denied in part. Defendants' memorandum of law shall not exceed 30 pages.

**SO ORDERED:**

*[Signature]* WILLIAM H. PAULEY III U.S.D.J.

January 6, 2012

**BY HAND**  1/9/12

[Stamps: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/10/12; JAN 6 2012 CHAMBERS OF WILLIAM H. PAULEY U.S.D.J.]

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

> Re:   Pennsylvania Public School Employees' Retirement System v. Bank of America Corporation, et al., 11-CV-733 (WHP)

Dear Judge Pauley:

We represent Defendants Bank of America Corporation, Kenneth D. Lewis, Joe L. Price, II, Brian T. Moynihan, Charles H. Noski and Neil Cotty (together the "BAC Defendants") in the above-referenced action.

We write to respectfully request permission to file a 45-page memorandum of law in support of the BAC Defendants' motion to dismiss Plaintiff's 138-page complaint, which is due on January 11, 2012. We request the extension due to, among other things, the length of the complaint and the fact that it asserts claims both under Section 10(b) of the Securities Exchange Act of 1934 and Sections 11 and 12 of the Securities Act of 1933.[1] Plaintiff consents to this request and the BAC Defendants will not oppose a similar request should Plaintiff seek additional pages for its opposition.

Respectfully,

*[Signature]*

Jay B. Kasner

cc:   All counsel

---

[1] We understand that the Underwriter Defendants and PricewaterhouseCoopers will not be seeking an extension.