**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/12

PENNSYLVANIA PUBLIC SCHOOL              :
EMPLOYEES' RETIREMENT SYSTEM,           :
Individually and on Behalf              :
of All Those Similarly Situated,        :
                                        :
                                        :   No. 11 CV 00733 (WHP)
              Plaintiff,                :
                                        :
      v.                                :
                                        :
BANK OF AMERICA CORPORATION et al.,     :
                                        :
                                        :
              Defendants.               :

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Keith Bradley, counsel for Defendants Merrill Lynch, Pierce, Fenner &

Smith Incorporated, UBS Securities LLC, Cantor Fitzgerald & Co., Deutsche Bank Securities

Inc., Goldman, Sachs & Co., Keefe, Bruyette & Woods, Inc., Mizuho Securities USA Inc.,

Cowen and Company, LLC, Daiwa Capital Markets America Inc.[1], National Australia Bank

Limited, Gleacher & Company Securities, Inc.[2], Key Banc Capital Markets Inc., Morgan Stanley

& Co. LLC[3], SG Americas Securities, LLC, Santander Investment Securities Inc., Stifel,

Nicolaus & Company, Incorporated, UniCredit Capital Markets, Inc., Wells Fargo Securities,

LLC, Sanford C. Bernstein & Co., LLC, Macquarie Capital (USA) Inc., RBS Securities, Inc.,

Samuel A. Ramirez & Co., Inc., Southwest Securities Inc., ICBC International Securities

Limited and SunTrust Robinson Humphrey, Inc. (collectively, "the Underwriter Defendants"),

---

[1] Formerly known as Daiwa Securities America Inc.
[2] Formerly known as Broadpoint Capital, Inc.
[3] Formerly known as Morgan Stanley & Co. Incorporated)

and the sponsor attorney's declaration in support,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | Jeffrey B. Rudman |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 60 State Street |
| City/State: | Boston, MA 02109 |
| Phone No.: | (617) 526-6000 |
| Fax No.: | (617) 526-5000 |
| Email: | Jeffrey.Rudman@wilmerhale.com |

is admitted to practice *pro hac vice* as counsel for in the above-captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. Counsel shall immediately apply for an ECF password at

http://nysd.uscourts.gov/ecf_registration.php.  Counsel shall forward the *pro hac vice* fee to the

Clerk of the Court.

DATED: \\13\12

The Honorable William H. Pauley, III
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the ___|||/|___ day of _(March)_, 2012, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed with the Clerk of the Court. The foregoing was also served on counsel, indicated below, by placing the same in First Class Mail, addressed as follows:

**A. Arnold Gershon**
Barrack, Rodos & Bacine(NYC)
425 Park Avenue, Suite 3100
New York, NY 10022
(212)688-0782
Fax: (212)688-0783
Email: agershon@barrack.com
*Counsel for Plaintiff*

**Jeffrey Alan Barrack**
Barrack, Rodos & Bacine(PA)
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103
(215) 963-0600
Fax: (215) 963-0838
Email: jbarrack@barrack.com
*Counsel for Plaintiff*

**Regina Marie Calcaterra**
Barrack, Rodos & Bacine(NYC)
425 Park Avenue, Suite 3100
New York, NY 10022
(212)688-0782
Fax: (212)688-0783
Email: rcalcaterra@barrack.com
*Counsel for Plaintiff*

**Mark Robert Rosen**
Barrack, Rodos & Bacine
3300 Two Commerce Square, 2001 Market Street
Philadelphia, PA 19103
(215) 963-0600
Fax: (215) 963-0838
Email: mrosen@barrack.com
*Pro Hac Vice*
*Counsel for Plaintiff*

Christopher W. Carrion

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the            nineteenth

day of        December        A.D.   1975    , said Court being the highest Court of Record in said Commonwealth:

### Jeffrey B. Rudman

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this  twenty-eighth day of  December in the year of our Lord two thousand and eleven.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116