UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on Behalf
of All Those Similarly Situated,

      Plaintiff,

v.

BANK OF AMERICA CORPORATION et al.,

      Defendants.

No. 11 CV 00733 (WHP)

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Keith Bradley, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Applicant's Name:    Jeffrey B. Rudman
    Firm Name:    Wilmer Cutler Pickering Hale and Dorr LLP
    Address:    60 State Street
    City/State:    Boston, MA 02109
    Phone No.:    (617) 526-6000
    Fax No.:    (617) 526-5000
    Email:    Jeffrey.Rudman@wilmerhale.com

Jeffrey B. Rudman is a member in good standing of the bar of Massachusetts. There are no pending disciplinary proceedings against Jeffrey B. Rudman in any State or Federal Court.

DATED: New York, New York
          January 11, 2012

Respectfully submitted,

*Keith B____*

Keith Bradley
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
keith.bradley@wilmerhale.com

*COUNSEL FOR CANTOR FITZGERALD & CO.,*
*COWEN AND COMPANY, LLC,*
*DAIWA CAPITAL MARKETS AMERICA INC.,*
*DEUTSCHE BANK SECURITIES INC.,*
*GLEACHER & COMPANY SECURITIES, INC.,*
*GOLDMAN, SACHS & CO.,*
*ICBC INTERNATIONAL SECURITIES LIMITED,*
*KEEFE, BRUYETTE & WOODS, INC.,*
*KEYBANC CAPITAL MARKETS INC.,*
*MACQUARIE CAPITAL (USA) INC.,*
*MERRILL LYNCH, PIERCE, FENNER AND*
  *SMITH INCORPORATED,*
*MIZUHO SECURITIES USA INC.,*
*MORGAN STANLEY & CO. LLC,*
*NATIONAL AUSTRALIA BANK LIMITED,*
*RBS SECURITIES INC.,*
*SAMSUNG SECURITIES CO., LTD.,*
*SAMUEL A. RAMIREZ & CO., INC.,*
*SANFORD C. BERNSTEIN & CO., LLC,*
*SANTANDER INVESTMENT SECURITIES INC.,*
*SG AMERICAS SECURITIES, LLC,*
*SOUTHWEST SECURITIES, INC.,*
*STIFEL, NICOLAUS & COMPANY, INC.,*
*SUNTRUST ROBINSON HUMPHREY, INC.*
*UBS SECURITIES LLC*
*UNICREDIT CAPITAL MARKETS, INC., AND*
*WELLS FARGO SECURITIES, LLC*

Incorporated, UniCredit Capital Markets, Inc., Wells Fargo Securities, LLC, Sanford C. Bernstein & Co., LLC, Macquarie Capital (USA) Inc., RBS Securities, Inc., Samuel A. Ramirez & Co., Inc., Southwest Securities Inc., ICBC International Securities Limited and SunTrust Robinson Humphrey, Inc. (collectively, "the Underwriter Defendants"), in this action. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Jeffrey B. Rudman as counsel *pro hac vice* to represent the Underwriter Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Rudman is a partner at Wilmer Hale.

4. Mr. Rudman is, in my judgment, a skilled attorney and a person of integrity. He is fully familiar with Federal practice and the Federal Rules of Civil Procedure.

5. Accordingly, I move for the admission of Jeffrey B. Rudman *pro hac vice*. A proposed order granting the admission of Jeffrey B. Rudman *pro hac vice* is attached hereto.

WHEREFORE it is respectfully requested that this Court grant the motion to admit Jeffrey B. Rudman *pro hac vice* to represent the Underwriter Defendants in the above-captioned matter.

DATED: New York, New York
January 11, 2012

*/s/ Keith*
Keith Bradley
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022

(212) 230-8800
keith.bradley@wilmerhale.com

*COUNSEL FOR CANTOR FITZGERALD & CO.,
COWEN AND COMPANY, LLC,
DAIWA CAPITAL MARKETS AMERICA INC.,
DEUTSCHE BANK SECURITIES INC.,
GLEACHER & COMPANY SECURITIES, INC.,
GOLDMAN, SACHS & CO.,
ICBC INTERNATIONAL SECURITIES LIMITED,
KEEFE, BRUYETTE & WOODS, INC.,
KEYBANC CAPITAL MARKETS INC.,
MACQUARIE CAPITAL (USA) INC.,
MERRILL LYNCH, PIERCE, FENNER AND
   SMITH INCORPORATED,
MIZUHO SECURITIES USA INC.,
MORGAN STANLEY & CO. LLC,
NATIONAL AUSTRALIA BANK LIMITED,
RBS SECURITIES INC.,
SAMSUNG SECURITIES CO., LTD.,
SAMUEL A. RAMIREZ & CO., INC.,
SANFORD C. BERNSTEIN & CO., LLC,
SANTANDER INVESTMENT SECURITIES INC.,
SG AMERICAS SECURITIES, LLC,
SOUTHWEST SECURITIES, INC.,
STIFEL, NICOLAUS & COMPANY, INC.,
SUNTRUST ROBINSON HUMPHREY, INC.
UBS SECURITIES LLC
UNICREDIT CAPITAL MARKETS, INC., AND
WELLS FARGO SECURITIES, LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br><br>Defendants. | No. 11 CV 00733 (WHP) |

**DECLARATION OF KEITH BRADLEY IN SUPPORT OF MOTION TO ADMIT**

**COUNSEL *PRO HAC VICE***

I, Keith Bradley, declare under penalty of perjury, as follows:

1. I am an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("Wilmer Hale"), counsel for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated, UBS Securities LLC, Cantor Fitzgerald & Co., Deutsche Bank Securities Inc., Goldman, Sachs & Co., Keefe, Bruyette & Woods, Inc., Mizuho Securities USA Inc., Cowen and Company, LLC, Daiwa Capital Markets America Inc.[1], National Australia Bank Limited, Gleacher & Company Securities, Inc.[2], Key Banc Capital Markets Inc., Morgan Stanley & Co. LLC[3], SG Americas Securities, LLC, Santander Investment Securities Inc., Stifel, Nicolaus & Company,

---

[1] Formerly known as Daiwa Securities America Inc.
[2] Formerly known as Broadpoint Capital, Inc.
[3] Formerly known as Morgan Stanley & Co. Incorporated)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:  No. 11 CV 00733 (WHP)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Keith Bradley, counsel for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated, UBS Securities LLC, Cantor Fitzgerald & Co., Deutsche Bank Securities Inc., Goldman, Sachs & Co., Keefe, Bruyette & Woods, Inc., Mizuho Securities USA Inc., Cowen and Company, LLC, Daiwa Capital Markets America Inc.[1], National Australia Bank Limited, Gleacher & Company Securities, Inc.[2], Key Banc Capital Markets Inc., Morgan Stanley & Co. LLC[3], SG Americas Securities, LLC, Santander Investment Securities Inc., Stifel, Nicolaus & Company, Incorporated, UniCredit Capital Markets, Inc., Wells Fargo Securities, LLC, Sanford C. Bernstein & Co., LLC, Macquarie Capital (USA) Inc., RBS Securities, Inc., Samuel A. Ramirez & Co., Inc., Southwest Securities Inc., ICBC International Securities Limited and SunTrust Robinson Humphrey, Inc. (collectively, "the Underwriter Defendants"),

---
[1] Formerly known as Daiwa Securities America Inc.
[2] Formerly known as Broadpoint Capital, Inc.
[3] Formerly known as Morgan Stanley & Co. Incorporated)

and the sponsor attorney's declaration in support,

    **IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | Jeffrey B. Rudman |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 60 State Street |
| City/State: | Boston, MA 02109 |
| Phone No.: | (617) 526-6000 |
| Fax No.: | (617) 526-5000 |
| Email: | Jeffrey.Rudman@wilmerhale.com |

is admitted to practice *pro hac vice* as counsel for in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: _____

                                                            _____
                                                            The Honorable William H. Pauley, III
                                                            United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the ___11th___ day of ___January___, 2012, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed with the Clerk of the Court. The foregoing was also served on counsel, indicated below, by placing the same in First Class Mail, addressed as follows:

**A. Arnold Gershon**
Barrack, Rodos & Bacine(NYC)
425 Park Avenue, Suite 3100
New York, NY 10022
(212)688-0782
Fax: (212)688-0783
Email: agershon@barrack.com
*Counsel for Plaintiff*

**Jeffrey Alan Barrack**
Barrack, Rodos & Bacine(PA)
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103
(215) 963-0600
Fax: (215) 963-0838
Email: jbarrack@barrack.com
*Counsel for Plaintiff*

**Regina Marie Calcaterra**
Barrack, Rodos & Bacine(NYC)
425 Park Avenue, Suite 3100
New York, NY 10022
(212)688-0782
Fax: (212)688-0783
Email: rcalcaterra@barrack.com
*Counsel for Plaintiff*

**Mark Robert Rosen**
Barrack, Rodos & Bacine
3300 Two Commerce Square, 2001 Market Street
Philadelphia, PA 19103
(215) 963-0600
Fax: (215) 963-0838
Email: mrosen@barrack.com
*Pro Hac Vice*
*Counsel for Plaintiff*

_____
Christopher W. Carrion

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the  nineteenth  day of  December  A.D.  1975 , said Court being the highest Court of Record in said Commonwealth:

**Jeffrey B. Rudman**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this  twenty-eighth  day of  December  in the year of our Lord  two thousand and eleven.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116