UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on Behalf
of All Those Similarly Situated,

    Plaintiff,

v.

BANK OF AMERICA CORPORATION et al.,

    Defendants.

No. 11 CV 00733 (WHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2012

### ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Keith Bradley, counsel for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated, UBS Securities LLC, Cantor Fitzgerald & Co., Deutsche Bank Securities Inc., Goldman, Sachs & Co., Keefe, Bruyette & Woods, Inc., Mizuho Securities USA Inc., Cowen and Company, LLC, Daiwa Capital Markets America Inc.[1], National Australia Bank Limited, Gleacher & Company Securities, Inc.[2], Key Banc Capital Markets Inc., Morgan Stanley & Co. LLC[3], SG Americas Securities, LLC, Santander Investment Securities Inc., Stifel, Nicolaus & Company, Incorporated, UniCredit Capital Markets, Inc., Wells Fargo Securities, LLC, Sanford C. Bernstein & Co., LLC, Macquarie Capital (USA) Inc., RBS Securities, Inc., Samuel A. Ramirez & Co., Inc., Southwest Securities Inc., ICBC International Securities Limited and SunTrust Robinson Humphrey, Inc. (collectively, "the Underwriter Defendants"),

---

[1] Formerly known as Daiwa Securities America Inc.
[2] Formerly known as Broadpoint Capital, Inc.
[3] Formerly known as Morgan Stanley & Co. Incorporated)

and the sponsor attorney's declaration in support,

**IT IS HEREBY ORDERED** that

|              |                                            |
|--------------|--------------------------------------------|
| Applicant Name: | Jeffrey B. Rudman                       |
| Firm Name:   | Wilmer Cutler Pickering Hale and Dorr LLP  |
| Address:     | 60 State Street                            |
| City/State:  | Boston, MA 02109                           |
| Phone No.:   | (617) 526-6000                             |
| Fax No.:     | (617) 526-5000                             |
| Email:       | Jeffrey.Rudman@wilmerhale.com              |

is admitted to practice *pro hac vice* as counsel for in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: January 20, 2012

The Honorable William H. Pauley, III
United States District Judge