**BR&B**

> *Application denied.*
> *Defendants' arguments are*
> *overlapping and redundant.*
> *Plaintiffs' brief shall not exceed*
> *35 pages.*
> *SO ORDERED:*
>
> [signature]
> WILLIAM H. PAULEY III U.S.D.J.
> 2/9/12

**Barrack, Rodos & Bacine**
A Professional Corporation
Attorneys At Law

Philadelphia
San Diego
New York
New Jersey

Mark R. Rosen
mrosen@barrack.com

February 6, 2012

**Via Federal Express**
Hon. William H. Pauley, III
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RECEIVED
FEB 7 2012
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Re:   **Pennsylvania Public School Employees'**
       **Retirement System v. Bank of America Corp., et al.**
       **Civil Action No. 11-cv-~~0073~~-WHP**
                                   733

Dear Judge Pauley:

   We are the counsel to the court-appointed lead plaintiff in the above-captioned matter and write to the Court concerning the lead plaintiff's response to defendants' motions to dismiss. As Your Honor is no doubt aware, defendants filed four separate legal memoranda totaling 83 pages in support of their motions to dismiss. Rather than file four separate legal memoranda responding to each motion, lead plaintiff proposes to file two separate legal memoranda, one addressing the challenges to the claims in the consolidated complaint under the Securities Act of 1933, and the other addressing the challenges to the claims under the Securities Exchange Act of 1934, so that the lead plaintiff's arguments may be organized in the most coherent fashion. We would, of course, prepare these memoranda to avoid any unnecessary repetition of arguments. Lead <u>plaintiff requests leave of Court to use up to a total of 80 pages, divided between the two memoranda, for this purpose.</u> We have conferred with defense counsel and they have no objection to this request.

   If this is acceptable to Your Honor, please enter the attached proposed order. Of course, the parties will make themselves available for a conference with the Court if desired on this request.

                                                           Respectfully,

                                                           [signature]
                                                           Mark R. Rosen

MMR:rpb
Enclosure

cc:   Jay B. Kasner, Esq. w/encl. *(via FedEx)*
       Michael G. Bongiorno, Esq. w/encl. *(via FedEx)*
       Lawrence Portnoy, Esq. w/encl. *(via FedEx)*
       James J. Capra, Jr., Esq. w/encl. *(via FedEx)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/12