UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, | : : : : : | CIVIL ACTION NO: 11-CV-00733-WHP |
| | : | CLASS ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| BANK OF AMERICA CORPORATION, et al., | : : | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| Defendants. | : : | |

_____:

TO:      **THE CLERK OF THE COURT**

AND TO:    **ALL PARTIES OF RECORD**

      PLEASE WITHDRAW the appearance of Regina M. Calcaterra, formerly of the law firm Barrack Rodos & Bacine, as one of the counsel of record for Lead Plaintiff, Pennsylvania Public School Employees' Retirement System ("PSERS") in the above-captioned case.

      PLEASE TAKE NOTICE that PSERS continues to be represented in this case by A. Arnold Gershon, William J. Ban, Leonard Barrack, Gerald J. Rodos, Mark R. Rosen, M. Richard Komins, Jeffrey A. Barrack and Chad A. Carter of the law firm Barrack, Rodos & Bacine.

Dated: February 13, 2012
      New York, New York

Respectfully submitted,
By: /s/ A. Arnold Gershon
**BARRACK RODOS & BACINE**
A. Arnold Gershon
William J. Ban
425 Park Avenue, 31st Floor
New York, NY 10022
Tel.: (212) 688-0782
Fax: (212) 688-0783

and

**BARRACK RODOS & BACINE**
Leonard Barrack
Gerald J. Rodos
Mark R. Rosen
M. Richard Komins
Jeffrey A. Barrack
Chad A. Carter
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838

## <u>CERTIFICATE OF SERVICE</u>

I, A. Arnold Gershon, hereby certify that on February 13, 2012 I served a true and correct copy of the foregoing Notice of Withdrawal of Counsel by electronic case filing upon all counsel of record registered to receive electronic notice.

By:   <u>/s/ A. Arnold Gershon</u>
A.  Arnold Gershon
**BARRACK RODOS & BACINE**
425 Park Avenue, 31st Floor
New York, NY 10022
Tel.: (212) 688-0782
Fax: (212) 688-0783

Dated:  February 13, 2012