UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:11-cv-733 (WHP)<br><br>Hon. William H. Pauley III<br><br>ECF Case |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/12

**[PROPOSED] ORDER**

Having reviewed the Motion to Withdraw as Counsel (Dkt. #132), the Court hereby directs the Clerk of the Court to remove Christopher J. Keller, Michael W. Stocker, and Rachel A. Avan, as counsel for former lead plaintiff movants Sjunde AP-Fonden, Arkansas Teacher Retirement System and KBC Asset Management NV (collectively, the "Institutional Investor Group") from the above-captioned action.

Dated: New York, New York
February 27, 2012

_____
William H. Pauley III
United States District Judge