UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
PENNSYLVANIA PUBLIC SCHOOL :
EMPLOYEES' RETIREMENT SYSTEM, :
individually and on behalf of all others :
similarly situated :
: 11 Civ. 00733(WHP) (ECF)
Plaintiff, :
:
- against - :
:
BANK OF AMERICA CORPORATION, et al. :
:
Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DIRECTOR DEFENDANTS' REPLY MEMORANDUM IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT**

DAVIS POLK & WARDWELL LLP
Lawrence Portnoy
Charles S. Duggan
Brian M. Burnovski
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

*Attorneys for Defendants William P. Boardman, Frank P. Bramble, Sr., Virgis W. Colbert, Charles K. Gifford, Jr., Charles O. Holliday, Jr., Monica C. Lozano, Thomas J. May, Thomas M. Ryan and Robert W. Scully*

The Director Defendants respectfully join in the arguments made in the reply memoranda of law of the Bank and Executive Defendants, PricewaterhouseCoopers LLP and the Underwriter Defendants to the extent applicable to the Section 11 claim asserted against the Director Defendants in Count III of the Complaint.

As the Defendants' reply memoranda demonstrate, Plaintiff fails to rebut that (1) the Complaint does not sufficiently allege a false statement or material omission in the Offering Documents, or that there was any duty or obligation to disclose the allegedly omitted information; (2) Plaintiff's claim is time-barred under the applicable one-year statute of limitations, 15 U.S.C. § 77m; and (3) as demonstrated on the face of the Complaint, Plaintiff suffered no loss from any alleged misrepresentation or omission.

The Complaint should accordingly be dismissed as to the Director Defendants with prejudice.

Dated:  New York, New York
        March 2, 2012

DAVIS POLK & WARDWELL LLP

By:  s/ Charles S. Duggan
     Lawrence Portnoy
     Charles S. Duggan
     Brian M. Burnovski
450 Lexington Avenue
New York, New York  10017
(212) 450-4000
lawrence.portnoy@davispolk.com
charles.duggan@davispolk.com
brian.burnovski@davispolk.com

*Attorneys for Defendants William P. Boardman, Frank P. Bramble, Sr., Virgis W. Colbert, Charles K. Gifford, Jr., Charles O. Holliday, Jr., Monica C. Lozano, Thomas J. May, Thomas M. Ryan and Robert W. Scully*