UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others similarly situated,

        Plaintiffs,

  -against-

BANK OF AMERICA CORPORATION, et al.,

        Defendants.
------------------------------------X

11 Civ. 733 (WHP)

SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/12

WILLIAM H. PAULEY III, District Judge:

        The oral argument scheduled for March 28, 2012 at 2:30 p.m. is adjourned to March 28, 2012 at 5:00 p.m.

Dated: March 26, 2012
       New York, New York

                      SO ORDERED:

                      WILLIAM H. PAULEY III
                      U.S.D.J

*All Counsel of Record*