Pauley, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
4/16/2012

PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on Behalf
of All Those Similarly Situated,

   Plaintiff,

v.

BANK OF AMERICA CORPORATION et al.,

   Defendants.

No. 11 CV 00733 (WHP)

**NOTICE OF WITHDRAWAL OF
COUNSEL OF RECORD AND
[PROPOSED] ORDER**

   PLEASE TAKE NOTICE that attorney Keith Bradley, formerly of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), is hereby withdrawn as counsel of record in the above-captioned action for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated, UBS Securities LLC, Cantor Fitzgerald & Co., Deutsche Bank Securities Inc., Goldman, Sachs & Co., Keefe, Bruyette & Woods, Inc., Mizuho Securities USA Inc., Cowen and Company, LLC, Daiwa Capital Markets America Inc.[1], National Australia Bank Limited, Gleacher & Company Securities, Inc.[2], Key Banc Capital Markets Inc., Morgan Stanley & Co. LLC[3], SG Americas Securities, LLC, Santander Investment Securities Inc., Stifel, Nicolaus & Company, Incorporated, UniCredit Capital Markets, Inc., Wells Fargo Securities, LLC, Sanford C. Bernstein & Co., LLC, Macquarie Capital (USA) inc., RBS Securities, Inc., Samuel A. Ramirez & Co., Inc., Southwest Securities Inc., ICBC International Securities Ltd., and SunTrust

---

[1] Formerly known as Daiwa Securities America Inc.
[2] Formerly known as Broadpoint Capital, Inc.
[3] Formerly known as Morgan Stanley & Co. Incorporated

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/12

Robinson Humphrey, Inc. (collectively, the "Underwriter Defendants"). Mr. Bradley will no longer be employed by WilmerHale. The appearances of other attorneys from WilmerHale remain in effect and are not affected by this withdrawal.

Dated: March 29, 2012
New York, NY

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND
DORR LLP

By: _____

Michael G. Bongiorno
Fraser L. Hunter, Jr.
Jeffrey B. Rudman (*admitted pro hac vice*)
David Zetlin-Jones
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated, UBS Securities LLC, Cantor Fitzgerald & Co., Deutsche Bank Securities Inc., Goldman, Sachs & Co., Keefe, Bruyette & Woods, Inc., Mizuho Securities USA Inc., Cowen and Company, LLC, Daiwa Capital Markets America Inc.,[4] National Australia Bank Limited, Gleacher & Company Securities, Inc.,[5] Key Banc Capital Markets Inc., Morgan Stanley & Co. LLC,[6] SG Americas Securities, LLC, Santander Investment Securities Inc., Stifel, Nicolaus & Company, Incorporated, UniCredit Capital Markets, Inc., Wells Fargo Securities, LLC, Sanford C. Bernstein & Co., LLC, Macquarie Capital (USA) Inc., RBS Securities, Inc., Samuel A. Ramirez & Co., Inc., Southwest Securities Inc., ICBC International Securities Ltd., and SunTrust Robinson Humphrey, Inc.*

---

[4] Formerly known as Daiwa Securities America Inc.
[5] Formerly known as Broadpoint Capital, Inc.
[6] Formerly known as Morgan Stanley & Co. Incorporated

SO ORDERED.

Dated: New York, NY

_____, 2012

_____
Honorable William H. Pauley
Southern District of New York