# KING & SPALDING

*Application granted.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
5/21/12

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

James J. Capra, Jr
Partner
Direct Dial: +1 212 556 2178
Direct Fax: +1 212 556 2222
jcapra@kslaw.com

May 17, 2012

**VIA HAND DELIVERY**



Hon. William H. Pauley
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: *Pennsylvania Public School Employees' Retirement System v. Bank of America Corporation, et al.*, 1:11-cv-00733 (S.D.N.Y.)

Dear Judge Pauley:

  We represent Defendant PricewaterhouseCoopers LLP ("PwC") in the above-captioned matter. This letter is to inform the Court and counsel that Diana L. Weiss of this firm, who has previously entered an appearance for PwC in this matter, will be leaving King & Spalding LLP. Accordingly, <u>we request that the Court allow Ms. Weiss to withdraw her appearance in this matter, and that the Clerk note her withdrawal on the Court's docket</u>. I have previously entered an appearance in this matter and will remain as counsel for PwC.

            Sincerely,

            James J. Capra, Jr.

cc: All Counsel of Record via e-mail

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/12