UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
Pennsylvania PS Employees Retirement System          Plaintiff,

Case No. 11-cv-733 (WHP)

-against-

Bank of America, et. al.          Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Fraser L. Hunter Jr.
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: FH4470     My State Bar Number is 2569234

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
            FIRM ADDRESS: 399 Park Avenue New York, NY 10022
            FIRM TELEPHONE NUMBER: 212-230-8800
            FIRM FAX NUMBER: 212-230-8888

NEW FIRM:   FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
            FIRM ADDRESS: 7 World Trade Center, New York, NY 10007
            FIRM TELEPHONE NUMBER: 212-230-8800
            FIRM FAX NUMBER: 212-230-8888

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 17, 2012

s/ Fraser Hunter Jr.
_____
ATTORNEY'S SIGNATURE