UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------x
PENNSYLVANIA PUBLIC SCHOOL          :
EMPLOYEES' RETIREMENT SYSTEM,       :
Individually and on behalf of all others :
similarly situated,                 :
                                    :
                  Plaintiff,        :    11 Civ. 733 (WHP)
                                    :
       -against-                    :    **NOTICE OF WITHDRAWAL OF**
                                    :    **COUNSEL AND [PROPOSED] ORDER**
                                    :
BANK OF AMERICA CORPORATION,        :
et al.,                             :
                                    :
                  Defendants.       :
-----------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/12

PLEASE TAKE NOTICE that attorney Regina Marie Calcaterra has withdrawn from the firm of Barrack, Rodos & Bacine, lead counsel for Pennsylvania Public School Employees' Retirement System ("PSERS"), the court-appointed lead plaintiff in the above-captioned matter. Accordingly, please withdraw her name as one of the counsel of record for PSERS. The other attorneys at Barrack, Rodos & Bacine, listed below, remain as counsel for plaintiff in this action.

Dated: July 12, 2012

/s/ A. Arnold Gershon
A. Arnold Gershon
William J. Ban
Michael Toomey
BARRACK, RODOS & BACINE
425 Park Avenue, Suite 3100
New York, NY 10022
Telephone: (212) 688-0782
Fax: (212) 688-0783

-and-

Leonard Barrack
Mark R. Rosen
M. Richard Komins
Jeffrey A. Barrack

SO ORDERED:

/s/ William H. Pauley
WILLIAM H. PAULEY III U.S.D.J.

7/24/12

Chad A. Carder
Julie B. Palley
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Fax: (215) 963-0838

*Attorneys for Lead Plaintiff Pennsylvania Public School Employees' Retirement System and Lead Counsel for the Class*

Steven Skoff
Assistant Counsel
Pennsylvania Public School
  Employees' Retirement System
5 North Fifth Street, 5th Floor
Harrisburg, PA 17101
Telephone: (717) 720-4912
Fax: (717) 783-8010

Sarah Yerger
Senior Deputy Attorney General
Civil Litigation Section
Office of Attorney General
15th Floor Strawberry Square
Harrisburg, PA 17120
Telephone: (717) 705-2503
Fax: (717) 772-4526

*Attorneys for Lead Plaintiff Pennsylvania Public School Employees' Retirement System*

**SO ORDERED.**

Dated: New York, NY

_____, 2012

---

Honorable William H. Pauley
Southern District of New York

2