```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM,   :   11 Civ. 733 (WHP)
individually and on behalf of all others similarly
situated,                        :   (ECF)

                Plaintiff,       :   STIPULATION AND
                                     [PROPOSED] ORDER
        v.                       :

BANK OF AMERICA CORPORATION, et al., :

                Defendants.      :
---------------------------------- x

SO ORDERED:

/s/ William H. Pauley
WILLIAM H. PAULEY III U.S.D.J.
7/25/12

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that Defendant Bank of America Corporation shall have until August 23, 2012 to answer the Consolidated Class Action Complaint.

Dated: New York, New York
       July 25, 2012

/s/ Jay B. Kasner
Jay B. Kasner (jay.kasner@skadden.com)
Christopher P. Malloy
(chris.malloy@skadden.com)
Scott D. Musoff (scott.musoff@skadden.com)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendant
Bank of America Corporation*

/s/ A. Arnold Gershon
A. Arnold Gershon (agershon@barrack.com)
William J. Ban (wban@barrack.com)
Michael A. Toomey (mtoomey@barrack.com)
BARRACK, RODOS & BACINE
425 Park Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 688-0782
Facsimile: (212) 688-0783

                                     - and -

                                        Leonard Barrack (lbarrack@barrack.com)
                                        Gerald J. Rodos (grodos@barrack.com)
                                        Mark R. Rosen (mrosen@barrack.com)
                                        M. Richard Komins (mkomins@barrack.com)
                                        Jeffrey A. Barrack (jbarrack@barrack.com)
                                        Chad A. Carder (ccarder@barrack.com)
                                        Julie B. Palley (jpalley@barrack.com)
                                        BARRACK, RODOS & BACINE
                                        3300 Two Commerce Square
                                        2001 Market Street
                                        Philadelphia, PA 19103
                                        Telephone: (215) 963-0600
                                        Facsimile:  (212) 963-0838

*Counsel for the Pennsylvania Public School Employees' Retirement System and Lead Counsel for the Class*

Dated: New York, New York
       July __, 2012

SO ORDERED:

                                        _____
                                           WILLIAM H. PAULEY III
                                                  U.S.D.J.