UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/12

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, | CIVIL ACTION NO: 11-CV-00733-WHP |
| Plaintiff, | CLASS ACTION |
| v. | |
| BANK OF AMERICA CORPORATION, et al., | |
| Defendants. | [PROPOSED] ORDER ON EXTENSION OF TIME TO FILE AMENDED COMPLAINT |

It is on this 3rd day of August, 2012, hereby ORDERED that plaintiff is granted an extension of time to file its amended complaint. As a result, both the amended complaint and plaintiff's response to Defendant Bank of America Corporation's motion for reconsideration or, in the alternative, to certify interlocutory appeal pursuant to 28 U.S.C. § 1292(b), shall now be due on or before August 13, 2012. No prior extensions of time to file this pleading have been requested or granted.

_____
William H. Pauley, III
United States District Judge

8/3/12