UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, | : : : : : | CIVIL ACTION NO: 11-CV-00733-WHP |
| Plaintiff, | : : | |
| v. | : : | CLASS ACTION |
| BANK OF AMERICA CORPORATION, et al., | : : | |
| Defendants. | : : : | **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I, Mark R. Rosen, hereby certify that on August 13, 2012, the foregoing Plaintiff's Memorandum of Law in Opposition to the Motion of Defendant Bank of America Corporation for Reconsideration or, in the Alternative, to Certify Ruling on Motions to Dismiss for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) was filed electronically with the Court and copies will be served upon counsel of record via the Court's ECF System.

    /s/ Mark R. Rosen
Mark R. Rosen