UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>Defendants. | CIVIL ACTION NO: 11-CV-00733-WHP<br><br>CLASS ACTION<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |

### DECLARATION OF WILLIAM J. BAN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

William J. Ban hereby declares under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am an attorney at the law firm of Barrack, Rodos & Bacine and counsel for Lead Plaintiff Pennsylvania Public School Employees' Retirement System in the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit M. Richard Komins *pro hac vice* to represent Lead Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law on June 20, 1983. I was admitted to the bars of the United States District Courts for the Southern and Eastern Districts of New York in July 1983 and am in good standing with these Courts.

3. I have known M. Richard Komins for more than ten years and have worked with him continuously at Barrack, Rodos & Bacine since 2004.

4. Mr. Komins is a partner at Barrack, Rodos & Bacine and is duly admitted to practice and a member in good standing of the bars of the Commonwealth of Pennsylvania as well as various federal courts.

5. Attached hereto as Exhibit 1 is a current certificate of good standing for Mr. Komins issued by the Supreme Court of the Commonwealth of Pennsylvania.

6. I have found Mr. Komins to be an exceptionally skilled and experienced attorney of fine character and integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

7. Accordingly, I am honored to move the admission *pro hac vice* of M. Richard Komins.

WHEREFORE, I respectfully request that the Court grant the motion to admit *pro hac vice* of M. Richard Komins as counsel for Lead Plaintiff in the above-captioned matter.

Dated: August 23, 2012

Respectfully submitted,

BARRACK, RODOS & BACINE

By: _____
William J. Ban
425 Park Avenue
Suite 3100
New York, NY 10022
Phone: (212) 688-0782
Fax: (212) 688-0783
Email: wban@barrack.com

*Attorney for Lead Plaintiff
Pennsylvania Public School Employees'
Retirement System*