UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, | : : : : : | CIVIL ACTION NO: 11-CV-00733-WHP |
| | : | CLASS ACTION |
| Plaintiff, | : : | |
| v. | : : | **ECF CASE** |
| BANK OF AMERICA CORPORATION, et al., | : : | |
| Defendants. | : : : | **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I, William J. Ban, a member of the bar of this court, herby certify that true and correct copies of the foregoing Motion to Admit Counsel *Pro Hac Vice*, the supporting Declaration of William J. Ban and Proposed Order, have been electronically filed with the Court this 23rd day of August, 2012, and copies have been served upon counsel of record via the Court's ECF system.

        /s/ William J. Ban
        William J. Ban