UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>Defendants. | CIVIL ACTION NO: 11-CV-00733-WHP<br><br>CLASS ACTION<br><br>**ECF CASE**<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I, M. Richard Komins, herby certify that a true and correct copy of the foregoing Motion of M. Richard Komins to be Admitted *Pro Hac Vice*, has been electronically filed with the Court this 23rd day of August, 2012, and a copy has been served upon counsel of record via the Court's ECF system.

/s/ M. Richard Komins
M. Richard Komins