```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
PENNSYLVANIA PUBLIC SCHOOL         :
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others similarly   :
situated,
                                                     :       11 Civ. 733 (WHP)
        Plaintiffs,
                                                     :       SCHEDULING ORDER
        -against-                                    :

BANK OF AMERICA CORPORATION, et al.,   :

                        Defendants.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The pre-motion conference is rescheduled from October 3 to October 9, 2012 at 5:00pm.

Dated: October 2, 2012
       New York, New York

                       SO ORDERED:

                       WILLIAM H. PAULEY III
                       U.S.D.J.

*All Counsel of Record*