DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>Defendants. | CIVIL ACTION NO: 11-CV-00733-WHP<br><br><br>CLASS ACTION |

## [PROPOSED] ORDER

WHEREAS, lead plaintiff Pennsylvania Public School Employees' Retirement System ("Lead Plaintiff" or "PSERS") filed its Amended Consolidated Class Action Complaint ("Amended Complaint") on August 13, 2012;

WHEREAS, counsel for the parties have met and conferred in anticipation of a motion to dismiss the Amended Complaint, and the parties have reached an agreement concerning specific limited relief from the automatic discovery stay imposed by the Private Securities Litigation Reform Act of 1995 ("PSLRA");

AND NOW, this matter having come before this Court on this 9th day of October, 2012, and good cause having been shown, it is SO ORDERED and DECREED:

1.  Lead Plaintiff may serve document-preservation subpoenas on the following nonparties directing the recipients to retain and preserve documents or other responsive

materials, but not to produce any such documents or materials until Lead Plaintiff has notified them of the lifting of the automatic discovery stay imposed by the PSLRA upon the resolution of all motions to dismiss:

- a.  Government Sponsored Entity MBS Counterparties:

    i.   Federal National Mortgage Association;
    ii.  Federal Home Loan Mortgage Corporation; and
    iii. Government National Mortgage Association;

- b.  Monoline and Financial Guarantee Company MBS Counterparties and Association:

    i.   Ambac Assurance Corporation;
    ii.  American International Group, Inc.;
    iii. Association of Financial Guarantee Insurers;
    iv.  Assured Guarantee, Ltd.;
    v.   Financial Guarantee Insurance Company;
    vi.  MBIA Insurance Corporation; and
    vii. Syncora Guarantee, Inc.;

- c.  Private Label MBS Counterparties and Related Nonparties:

    i.   Bank of New York Mellon;
    ii.  BlackRock Inc.;
    iii. Metlife Inc.;
    iv.  Pacific Investment Management Co.; and
    v.   Walnut Place LLC;

- d.  MERS Entities:

    i.   MERSCORP, Inc.,
    ii.  Mortgage Electronic Registration Systems, Inc.; and

- e.  MBS Due Diligence Firms:

    i.   Clayton Holdings, Inc.;
    ii.  CoreLogic; and
    iii. Opus Capital Markets Consultants, LLC.

2.  Lead Plaintiff may serve document-preservation subpoenas on additional nonparties in order to preserve relevant documents until the lifting of the discovery stay only if it first obtains either the consent and agreement of defendants or approval by the Court.

Dated: Oct 10, 2012

_____
William H. Pauley, III, U.S.D.J.