```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PENNSYLVANIA PUBLIC SCHOOL           :
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others similarly   :
situated,
                                     :    11 Civ. 733 (WHP)
            Plaintiffs,
                                     :    SCHEDULING ORDER
     -against-                       :

BANK OF AMERICA CORPORATION, et al., :

            Defendants.              :
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        This Court having held a conference on October 9, 2012, the following schedule is established on consent:

1. Executive Defendants shall serve and file any motion to dismiss by October 31, 2012;

2. Plaintiffs shall serve and file any opposition by December 10, 2012;

3. Executive Defendants shall serve and file any reply by December 21, 2012;

4. This Court will hear oral argument on January 18, 2013 at 11:00 a.m.; and

5. If this Court grants the motion to dismiss, the claims against the Executive Defendants will be dismissed with prejudice.

Dated: October 9, 2012
      New York, New York

SO ORDERED:

*signature*
WILLIAM H. PAULEY III
U.S.D.J

*All Counsel of Record*

-1-