Jay B. Kasner
Christopher P. Malloy
Scott D. Musoff
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendants*
  *Kenneth D. Lewis, Joe L. Price, II,*
  *Bryan T. Moynihan, Charles H. Noski*
  *and Neil Cotty*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : | 11 Civ. 733 (WHP) |
| | : | **ECF Case** |
| v. | : | **Electronically filed** |
| BANK OF AMERICA CORPORATION, et al., | : | **NOTICE OF MOTION** |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that, upon the Amended Consolidated Class Action Complaint (the "Complaint") in the above-captioned action, dated August 13, 2012; the accompanying Memorandum of Law in Support of the Motion of Defendants Kenneth D. Lewis, Joe L. Price, II, Brian T. Moynihan, Charles H. Noski and Neil Cotty (the "Executive Defendants") to Dismiss the Complaint, dated November 5, 2012; the accompanying Declaration of Scott D. Musoff and exhibits thereto; and upon all prior pleadings and proceedings herein, the

Executive Defendants will move this Court, before the Honorable William H. Pauley at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and at a time designated by the Court, for an Order:  (a) pursuant to Rules 9(b), 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. § 74u-4, dismissing the Complaint with prejudice as against them; and (b) for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
      November 5, 2012

/s/Jay B. Kasner
Jay B. Kasner (jay.kasner@skadden.com)
Christopher P. Malloy (christopher.malloy@skadden.com)
Scott D. Musoff (scott.musoff@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

*Attorneys for Defendants*
  *Kenneth D. Lewis, Joe L. Price, II,*
  *Bryan T. Moynihan, Charles H. Noski*
  *and Neil Cotty*