```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM,    :    11-CV-00733-WHP
individually and on behalf of all others
similarly situated               :

                Plaintiff,    :    STIPULATION AND
                              [~~PROPOSED~~] ORDER

    v.                           :

BANK OF AMERICA CORPORATION, et al. :

                Defendants.   :

------------------------------- x

IT IS HEREBY STIPULATED AND AGREED AMONG THE PARTIES THAT:

    Due to the effects of Hurricane Sandy and its aftermath, the briefing schedule set forth in the Court's October 9, 2012 Scheduling Order is revised as follows:

    1. The time for Defendants Kenneth D. Lewis, Joe L. Price, II, Brian T. Moynihan, Charles H. Noski and Neil Cotty (together the "Executive Defendants") to file and serve their motion to dismiss and supporting papers shall be adjourned from October 31, 2012 to November 5, 2012;

    2. Plaintiffs may file and serve their opposition papers to the Executive Defendants' motion to dismiss by December 12, 2012; and

    3. The Executive Defendants may file and serve any reply papers in further support of their motion to dismiss by December 21, 2012.

    This is the first request to revise the Court's October 9, 2012 Scheduling Order.

SO ORDERED:    11/8/12

_____
WILLIAM H. PAULEY III U.S.D.J.

Dated: New York, New York
       October 31, 2012

_[signature]_                                          _[signature]_

Jay B. Kasner (jay.kasner@skadden.com)                 A. Arnold Gershon (agershon@barrack.com)
Scott D. Musoff (scott.musoff@skadden.com)             William J. Ban (wban@barrack.com)
SKADDEN, ARPS, SLATE, MEAGHER &                        BARRACK, RODOS & BACINE
  FLOM LLP                                             425 Park Avenue, 31st Floor
Four Times Square
New York, New York 10036                               New York, NY 10022
(212) 735-3000                                         (212) 688-0782

*Attorneys for Defendants Bank of America*
*Corporation, Brian T. Moynihan, Charles H.*                           -and -
*Noski, Kenneth D. Lewis, Neil Cotty and*
*Joseph L. Price*

                                                       Leonard Barrack
                                                       Daniel E. Bacine
                                                       Mark R. Rosen
                                                       Jeffrey A. Barrack
                                                       Chad A. Carder
                                                       BARRACK, RODOS & BACINE
                                                       3300 Two Commerce Square
                                                       2001 Market Street
                                                       Philadelphia, PA 19103
                                                       (215) 963-0600

                                                       *Counsel for the Pennsylvania Public School*
                                                       *Employees' Retirement System*

Dated: New York, New York
       November ___, 2012

SO ORDERED:

                                                       _____
                                                       WILLIAM H. PAULEY III
                                                       U.S.D.J.