UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>Defendants. | CIVIL ACTION NO:<br>11-CV-00733-WHP<br><br>CLASS ACTION |

## CERTIFICATE OF SERVICE

I, Mark R. Rosen, hereby certify that on December 12, 2012, the foregoing Memorandum of Law of Lead Plaintiff, Pennsylvania Public School Employees' Retirement System, in Opposition to the Executive Defendants' Motion to Dismiss the Amended Class Action Complaint was filed electronically with the Court and copies will be served upon counsel of record via the Court's ECF System.

                                                                                         Mark R. Rosen
                                                                                         Mark R. Rosen