UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
PENNSYLVANIA PUBLIC SCHOOL :
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others similarly :
situated,
: 11 Civ. 733 (WHP)
       Plaintiffs,
: SCHEDULING ORDER
  -against-   :

BANK OF AMERICA CORPORATION, et al.,   :

       Defendants.   :
---------------------------------X

WILLIAM H. PAULEY III, District Judge:

    The oral argument on January 18, 2013 is rescheduled to February 8, 2013 at 2:30 p.m.

Dated: January 14, 2013
      New York, New York

              SO ORDERED:

              WILLIAM H. PAULEY III
              U.S.D.J.

*All Counsel of Record*