```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2|12|13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PENNSYLVANIA PUBLIC SCHOOL          :
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others similarly   :
situated,

                                    :        11 Civ. 733 (WHP)

        Plaintiffs,                 :        SCHEDULING ORDER

    -against-                       :

BANK OF AMERICA CORPORATION, et al.,  :

            Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The oral argument is rescheduled to February 19, 2013 at 10:00 a.m.

Dated: February 11, 2013
       New York, New York


                        SO ORDERED:


                        _____
                          WILLIAM H. PAULEY III
                               U.S.D.J.


*All Counsel of Record*

-1-