```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
PENNSYLVANIA PUBLIC SCHOOL            :
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others similarly  :
situated,
                                       :     11 Civ. 733 (WHP)
        Plaintiffs,
                                       :     <u>SCHEDULING ORDER</u>
    -against-                          :

BANK OF AMERICA CORPORATION, et al.,   :

        Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

This Court will hold a status conference by telephone on May 6, 2013 at 10:00 a.m. to fix a discovery schedule. The parties are directed to set up a conference call and provide the Court with a call-in number. The parties are further directed to submit a joint proposed discovery schedule by May 3, 2013.

Dated: April 25, 2013
       New York, New York

                                       SO ORDERED:

                                       _____
                                       WILLIAM H. PAULEY III
                                       U.S.D.J.

-1-

*Counsel of Record*:

Mark Robert Rosen
Barrack, Rodos & Bacine
3300 Two Commerce Square, 2001 Market Street
Philadelphia, PA 19103
*Lead Counsel for Plaintiff*

Jay B. Kasner
Skadden, Arps, Slate, Meagher & Flom LLP (NYC)
Four Times Square
42nd floor
New York, NY 10036
*Counsel for Bank of America and the Executive Defendants*