## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-7852
DIRECT FAX
(917) 777-7852
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

FIRM/AFFILIATE OFFICES
-----
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
-----
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/13

April 30, 2013

**BY FAX**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

*Application granted. The conference is rescheduled to May 10, 2013 at 3:00 p.m.*

**SO ORDERED:**

*[signature]* 5/1/13
WILLIAM H. PAULEY III U.S.D.J.

Re: Pennsylvania Public School Employees' Retirement System v. Bank of America Corporation, et al., 11 Civ. 733 (WHP)

Dear Judge Pauley:

We represent defendants in the above-referenced action.

We write to respectfully request that the telephonic status conference currently scheduled for Monday May 6, 2013 at 10:00 AM be briefly adjourned and rescheduled for another date and time convenient to the Court. The conference, as currently scheduled, conflicts with an oral argument that defendants' counsel have in another matter before Judge Baer. The parties respectfully request that the Court schedule the teleconference as soon after May 6, 2013 as convenient to the Court.

There has been no prior request for adjournment of this status conference. Counsel for Plaintiff consents to this adjournment.

Respectfully submitted,

*[signature]*

Scott D. Musoff

cc: All counsel (via email)