USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

BANK OF AMERICA CORPORATION, et al.,

        Defendants.

CIVIL ACTION NO.
11-CV-00733-WHP

CLASS ACTION

ECF CASE

---

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

Upon the motion of Jeffrey B. Gittleman, and his declaration in support thereof:

IT IS HEREBY ORDERED that

> Jeffrey B. Gittleman
> Barrack, Rodos & Bacine
> 3300 Two Commerce Square
> 2001 Market Street
> Philadelphia, PA 19103
> Phone: (215) 963–0600
> Fax: (215) 963–0838
> Email: jgittleman@barrack.com

is admitted *pro hac vice* as counsel for Lead Plaintiff Pennsylvania Public School Employees' Retirement System in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

DATED: 5/1/13

_____
The Honorable William H. Pauley, III
United States District Judge