AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Penn. Public School Employees' Retirement System )<br>*Plaintiff* )<br>v. )<br>Bank of America Corporation, et al. )<br>*Defendant* ) | Case No. 11-cv-733 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Brian T. Moynihan                                                                                      .

Date:    05/01/2013                                             /s/ Samantha Bent
                                                                        *Attorney's signature*

                                                              Samantha Bent  [474830]
                                                              *Printed name and bar number*
                                                                  DLA Piper LLP (US)
                                                              1251 Avenue of the Americas
                                                                      27th Floor
                                                              New York, New York 10020
                                                                        *Address*

                                                          samantha.bent@dlapiper.com
                                                                   *E-mail address*

                                                                   (212) 335-4500
                                                                 *Telephone number*

                                                                   (212) 335-4501
                                                                    *FAX number*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance was filed electronically on this 1st day of May, 2013. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Samantha Bent
        Samantha Bent, Esq.
        DLA Piper LLP (US)
        1251 Avenue of the Americas
        New York, New York 10020
        Tel.: (212) 335-4500
        Fax: (212) 335-4501
        samantha.bent@dlapiper.com