UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM,
individually and on behalf of all others similarly
situated,

        Plaintiff,

- v -

BANK OF AMERICA CORPORATION, et al.,

        Defendants.

11 Civ. 733 (WHP)

**NOTICE OF MOTION OF DEFENDANT NEIL COTTY FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

---

    PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the attached Declaration of Brian M. Burnovski, Defendant Neil Cotty hereby moves the Court for an order permitting the withdrawal of his present counsel of record, Jay B. Kasner, Christopher P. Malloy and Scott D. Musoff of the law firm Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), and permitting the appearance on his behalf of Lawrence Portnoy, Charles S. Duggan and Brian M. Burnovski of the law firm Davis Polk & Wardwell LLP.

    Mr. Cotty, Skadden, Arps, Slate, Meagher & Flom LLP and Davis Polk & Wardwell LLP each consent to this withdrawal and substitution of counsel. Counsel for the plaintiff has been informed of the proposed withdrawal and substitution and do not oppose this motion.

    This motion is not made for purposes of delay or for any other improper purpose.

    Accordingly, Mr. Cotty respectfully requests that the Court enter an order reflecting this change, that all necessary changes be made to the Court's records and ECF and that all future communications regarding this matter with respect to Mr. Cotty be directed to the following attorneys at the law firm of Davis Polk & Wardwell LLP:

        Lawrence Portnoy (lawrence.portnoy@davispolk.com)
        Charles S. Duggan (charles.duggan@davispolk.com)
        Brian M. Burnovski (brian.burnovski@davispolk.com)

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Dated: New York, New York
May 1, 2013

By: /s/ Jay B. Kasner
Jay B. Kasner
Christopher P. Malloy
Scott D. Musoff
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000/1
 jay.kasner@skadden.com
 christopher.malloy@skadden.com
 scott.musoff@skadden.com

By: /s/ Lawrence Portnoy
Lawrence Portnoy
Charles S. Duggan
Brian M. Burnovski
DAVIS POLK & WARDWELL LLP
450 Lexington Ave.
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 702-5800
 lawrence.portnoy@davispolk.com
 charles.duggan@davispolk.com
 brian.burnovski@davispolk.com