UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>- v -<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>      Defendants. | Index No.: 1:11-cv-00733 (WHP)<br><br>ECF Case<br><br>**NOTICE OF MOTION OF DEFENDANT KENNETH D. LEWIS FOR WITHDRAWAL AND SUBSTITION OF COUNSEL** |

  PLEASE TAKE NOTICE that pursuant to Local Civil Rule 1.4, and upon the attached Declaration of Colby A. Smith, Defendant Kenneth D. Lewis moves for an order permitting the withdrawal of his present counsel of record, Jay B. Kasner, Christopher P. Malloy, and Scott D. Musoff of the law firm, Skadden, Arps, Slate, Meagher & Flom LLP, and permitting the appearance on his behalf of Colby A. Smith of the law firm Debevoise & Plimpton LLP.

  Mr. Lewis, Skadden, Arps, Slate, Meagher & Flom LLP and Debevoise & Plimpton LLP all consent to this withdrawal and substitution of counsel. Counsel for the plaintiff has been informed of the proposed withdrawal and substitution and does not oppose this motion.

  This motion is not made for purposes of delay or for any other improper purpose.

Accordingly, Mr. Lewis respectfully requests that the Court enter an order reflecting this change, and that all necessary changes be made to the Court's records and ECF, and that all future communications regarding this matter be directed to the following:

Colby A. Smith
casmith@debevoise.com
Debevoise & Plimpton LLP
555 13th Street N.W.
Washington, D.C. 20004
Phone: (202) 383-8000
Fax: (202) 383-8118

| | |
|---|---|
| Dated: May 1, 2013 | SKADDEN, ARPS, SLATE, MEAGHER, AND FLOM LLP |
| | By: /s/ Scott D. Musoff<br>Jay B. Kasner<br>Christopher P. Malloy<br>Scott D. Musoff |
| Dated: May 1, 2013 | DEBEVOISE & PLIMPTON LLP |
| | By: /s/ Colby A. Smith<br>Colby A. Smith |

Dated: May 1, 2013

Respectfully submitted,

/s/ Colby A. Smith
Colby A. Smith
DEBEVOISE & PLIMPTON LLP
555 13th Street N.W.
Washington, D.C. 20004
Phone: (202) 383-8000
Fax: (202) 383-8118
casmith@debevoise.com

*Attorney for Defendant Kenneth D. Lewis*

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May 2013, a true and correct copy of each of the following documents was served by electronic mail on Defendant Kenneth D. Lewis with his consent and electronically filed with the Clerk of the Court, Southern District of New York:

- **DEFENDANT KENNETH D. LEWIS' NOTICE OF MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL;**

- **DECLARATION OF COLBY A. SMITH;**

- **[PROPOSED] ORDER GRANTING DEFENDANT KENNETH D. LEWIS' MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL.**

/s/ Colby A. Smith
Colby A. Smith