UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
PENNSYLVANIA PUBLIC SCHOOL         :
EMPLOYEES' RETIREMENT SYSTEM,      :
Individually and on behalf of all others   :   Case No.: 1:11-cv-00733 (WHP)
similarly situated,                :
                                   :
        Plaintiff,                 :
                                   :   ECF CASE
    - v -                          :
                                   :
BANK OF AMERICA CORPORATION,       :
et al.,                            :   **DECLARATION OF**
                                   :   **MELISSA ARMSTRONG**
        Defendants.                :
---------------------------------------------------------x

Melissa Armstrong declares under penalty of perjury as follows:

   1.   I am a member of the bar of the State of New York and of the the bar of the United States District Court for the Southern District of New York, and I am a senior associate at the law firm Baker Botts L.L.P.

   2.   Joe Lee Price has requested that Baker Botts and I represent him in this matter. He has further requested the withdrawal of his present counsel of record.

   3.   Mr. Price's present counsel of record is not asserting a retaining or charging lien.

   4.   This litigation is still at the preliminary stage, as the parties are still conferring on an initial scheduling order.

   5.   Under these circumstances, no prejudice to any party should result from this substitution.

Dated: May 1, 2013

                                              _____
                                              Melissa Armstrong

1