UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
PENNSYLVANIA PUBLIC SCHOOL :
EMPLOYEES' RETIREMENT SYSTEM, :
Individually and on behalf of all others : Case No.: 1:11-cv-00733 (WHP)
similarly situated, :
:
Plaintiff, :
-v- : ECF CASE
:
BANK OF AMERICA CORPORATION, : **DECLARATION OF MELISSA**
*et al.*, : **ARMSTRONG IN SUPPORT OF**
: **MOTION TO ADMIT**
Defendants. : **JULIA E. GUTTMAN *PRO HAC VICE***
:
-----------------------------------------------------------x

Melissa Armstrong, being sworn, hereby deposes and declares as follows:

1. I am a senior associate at the law firm of Baker Botts L.L.P., attorneys for Defendant Joe L. Price (sued incorrectly as Joseph L. Price). I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Motion to admit Julia E. Guttman as counsel *pro hac vice* to represent Mr. Price in connection with the above-captioned matter.

2. I am a member in good standing of the bar of the State of New York and the Southern District of New York, and was admitted to practice law in these courts in 2011. I am also admitted to the bar of the State of Texas and was admitted to practice in 2005.

3. I have known Ms. Guttman since 2012.

4. Ms. Guttman is a partner at Baker Botts L.L.P. in Washington, DC.

5. I have found Ms. Guttman to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

2

     6.     Accordingly, I am pleased to move for the admission of Julia E. Guttman, *pro hac vice*.

     7.     I respectfully submit a proposed order granting the admission of Julia E. Guttman, *pro hac vice*.

WHEREFORE it is respectfully requested that the Motion to Admit Julia E Guttman, *Pro Hac Vice* to represent Joe L. Price in connection with the above-captioned matter be granted.

Dated: May 7, 2013                                      Respectfully submitted,

                                                            BAKER BOTTS L.L.P.

                                                            By: /s/ Melissa Armstrong
                                                                 Melissa Armstrong
                                                                 30 Rockefeller Plaza
                                                                 New York, New York 10112
                                                                 Tele:   (212) 408-2568
                                                                 Fax:    (212) 259-2568
                                                                melissa.armstrong@bakerbotts.com

                                                                 *Attorneys for Defendant Joe L. Price*

# Exhibit 1



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JULIA E. GUTTMAN

was on **FEBRUARY 24, 1988,** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **April 29, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk