UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                                   :

PENNSYLVANIA PUBLIC SCHOOL           :
EMPLOYEES' RETIREMENT SYSTEM,    :
Individually and on behalf of all others       :     Case No.: 1:11-cv-00733 (WHP)
similarly situated,                                       :
                                                                   :
              Plaintiff,                           :
          -v-                                   :     ECF CASE
                                                   :
BANK OF AMERICA CORPORATION,    :
*et al.*,                                             :     **NOTICE OF MOTION TO ADMIT**
                                                   :     **<u>JULIA E. GUTTMAN *PRO HAC VICE*</u>**
              Defendants.                    :
                                                   :
------------------------------------------------------------x

       Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York, Melissa Armstrong, a member in good standing of the Bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

        Applicant's Name:    Julia E. Guttman
        Firm Name:             Baker Botts L.L.P.
        Address:                1299 Pennsylvania Avenue, NW
        City/State/Zip:       Washington, DC 20004-2400
        Phone Number:      (202) 639-7706
        Fax Number:          (202) 585-1047
        E-mail:                  julia.guttman@bakerbotts.com

    Julia E. Guttman is a member in good standing of the Bar in the District of Columbia. There is no pending disciplinary proceeding against Julia E. Guttman in any State or Federal Court.

Dated: May 7, 2013

Respectfully submitted,

BAKER BOTTS L.L.P.

By: /s/ Melissa Armstrong
    Melissa Armstrong
    30 Rockefeller Plaza
    New York, New York 10112
    Tele:   (212) 408-2568
    Fax:    (212) 259-2568
    melissa.armstrong@bakerbotts.com

    *Attorneys for Defendant Joe L. Price*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May 2013, a copy of the foregoing MOTION TO ADMIT JULIA E. GUTTMAN *PRO HAC VICE*, DECLARATION OF MELISSA ARMSTRONG IN SUPPORT OF MOTION TO ADMIT JULIA E. GUTTMAN *PRO HAC VICE* and PROPOSED ORDER was filed with the clerk of the court of the United States District Court for the Southern District of New York and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Melissa Armstrong
Melissa Armstrong

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
PENNSYLVANIA PUBLIC SCHOOL                                  :
EMPLOYEES' RETIREMENT SYSTEM,                               :
Individually and on behalf of all others                    :  Case No.: 1:11-cv-00733 (WHP)
similarly situated,                                         :
                                                            :
            Plaintiff,                                      :
       -v-                                                  :  ECF CASE
                                                            :
BANK OF AMERICA CORPORATION,                                :  **DECLARATION OF MELISSA**
*et al.*,                                                   :  **ARMSTRONG IN SUPPORT OF**
                                                            :  **MOTION TO ADMIT**
            Defendants.                                     :  **JULIA E. GUTTMAN *PRO HAC VICE***
                                                            :
------------------------------------------------------------x

   Melissa Armstrong, being sworn, hereby deposes and declares as follows:

   1.   I am a senior associate at the law firm of Baker Botts L.L.P., attorneys for Defendant Joe L. Price (sued incorrectly as Joseph L. Price). I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Motion to admit Julia E. Guttman as counsel *pro hac vice* to represent Mr. Price in connection with the above-captioned matter.

   2.   I am a member in good standing of the bar of the State of New York and the Southern District of New York, and was admitted to practice law in these courts in 2011. I am also admitted to the bar of the State of Texas and was admitted to practice in 2005.

   3.   I have known Ms. Guttman since 2012.

   4.   Ms. Guttman is a partner at Baker Botts L.L.P. in Washington, DC.

   5.   I have found Ms. Guttman to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

2

6.  Accordingly, I am pleased to move for the admission of Julia E. Guttman, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Julia E. Guttman, *pro hac vice*.

WHEREFORE it is respectfully requested that the Motion to Admit Julia E Guttman, *Pro Hac Vice* to represent Joe L. Price in connection with the above-captioned matter be granted.

Dated: May 7, 2013                                  Respectfully submitted,

                                                          BAKER BOTTS L.L.P.

                                                          By: /s/ Melissa Armstrong  
                                                              Melissa Armstrong  
                                                               30 Rockefeller Plaza  
                                                              New York, New York 10112  
                                                               Tele:   (212) 408-2568  
                                                               Fax:    (212) 259-2568  
                                                               melissa.armstrong@bakerbotts.com

                                                              *Attorneys for Defendant Joe L. Price*

# Exhibit 1



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JULIA E. GUTTMAN

was on **FEBRUARY 24, 1988,** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **April 29, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
PENNSYLVANIA PUBLIC SCHOOL              :
EMPLOYEES' RETIREMENT SYSTEM,           :
Individually and on behalf of all others :  Case No.: 1:11-cv-00733 (WHP)
similarly situated,                      :
                Plaintiff,              :
        -v-                             :  ECF CASE
                                        :
BANK OF AMERICA CORPORATION,            :  [PROPOSED] ORDER FOR
et al.,                                 :   ADMISSION PRO HAC VICE
                Defendants.             :  ON WRITTEN MOTION
-----------------------------------------------------------x
```

Upon the motion of Melissa Armstrong for Defendant Joe L. Price and said sponsor attorney's declaration in support,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Julia E. Guttman |
| Firm Name: | Baker Botts L.L.P. |
| Address: | 1299 Pennsylvania Avenue, NW |
| City/State/Zip: | Washington, DC 20004-2400 |
| Phone Number: | (202) 639-7706 |
| Fax Number: | (202) 585-1047 |
| E-mail: | julia.guttman@bakerbotts.com |

is admitted to practice *pro hac vice* as counsel for Defendant Joe L. Price in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case Filing (ECF) system password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____          _____
                                    The Honorable William H. Pauley, III
                                    United States District Judge