UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　- v -<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>　　　　　　　　　Defendants. | Index No.: 1:11-cv-00733 (WHP)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for Defendant Kenneth D. Lewis in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: Washington, D.C.
　　　　May 09, 2013

　　　　　　　　　　　　　　　　　　　　　　　／s／ Colby A. Smith
　　　　　　　　　　　　　　　　　　　Colby A. Smith
　　　　　　　　　　　　　　　　　　　DEBEVOISE & PLIMPTON LLP
　　　　　　　　　　　　　　　　　　　555 13th Street N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　　Phone: (202) 383-8000
　　　　　　　　　　　　　　　　　　　Fax: (202) 383-8118
　　　　　　　　　　　　　　　　　　　casmith@debevoise.com

　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Kenneth D. Lewis*