Pauley, W.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM,  :   11 Civ. 733 (WHP)
individually and on behalf of all others
similarly situated                            :   (ECF)

              Plaintiff,       :   STIPULATION AND
                                                   [PROPOSED] ORDER
v.                                              :

BANK OF AMERICA CORPORATION, et al. :

              Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that Defendants Brian T. Moynihan, Kenneth D. Lewis, Joseph L. Price, Charles H. Noski and Neil Cotty shall have until June 3, 2013 to answer the Amended Consolidated Class Action Complaint.

Dated: New York, New York
       April 30, 2013

_____                    _____
Jay B. Kasner (jay.kasner@skadden.com)            A. Arnold Gershon (agershon@barrack.com)
Scott D. Musoff (scott.musoff@skadden.com)        William J. Ban (wban@barrack.com)
SKADDEN, ARPS, SLATE,                             Michael A. Toomey (mtoomey@barrack.com)
  MEAGHER & FLOM LLP                           BARRACK, RODOS & BACINE
Four Times Square                                 425 Park Avenue, 31st Floor
New York, New York 10036                          New York, NY 10022
Telephone: (212) 735-3000                         Telephone: (212) 688-0782

              -and-                                                  -and-

                                       SO ORDERED:

                                       _____
                                       WILLIAM H. PAULEY III U.S.D.J.

                                       5/14/13

| | |
|---|---|
| Paul J. Lockwood<br>(paul.lockwood@skadden.com)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE 19899<br>Telephone: (302) 651-3000<br><br>*Attorneys for Defendants Bank of America Corporation, Brian T. Moynihan, Kenneth D. Lewis, Joseph L. Price, Charles H. Noski and Neil Cotty* | Leonard Barrack (lbarrack@barrack.com)<br>Daniel E. Bacine (dbacine@barrack.com)<br>Mark R. Rosen (mrosen@barrack.com)<br>Jeffrey A. Barrack (jbarrack@barrack.com)<br>Chad A. Carder (ccarder@barrack.com)<br>Jeffrey B. Gittleman<br>(jgittleman@barrack.com)<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-0600<br><br>*Attorneys for the Pennsylvania Public School Employees' Retirement System and Lead Counsel for the Class* |

Dated: New York, New York
   April ___, 2013

SO ORDERED:

                                          _____
                                          WILLIAM H. PAULEY III
                                          U.S.D.J.