UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x

PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,

      Plaintiff,

  -v-

BANK OF AMERICA CORPORATION, et al.,

      Defendants.

------------------------------------------------ x

Index No.: 1:11-cv-00733 (WHP)

ECF Case

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Robert J. Jossen of Dechert LLP, hereby enter my appearance as counsel of record on behalf of defendant Charles H. Noski, in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: New York, New York
   May 17, 2013

          DECHERT LLP

          By: /s/ Robert J. Jossen
            Robert J. Jossen
          robert.jossen@dechert.com
          1095 Avenue of the Americas
          New York, New York 10036-6797
          Tel.:(212) 698-3500
          Fax: (212) 698-3599

          *Attorneys for Charles H. Noski*