UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------- x

PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES'
RETIREMENT SYSTEM, individually and on behalf of
all others similarly situated,

                Plaintiff,

       -v-

BANK OF AMERICA CORPORATION, et al.,

                Defendants.
----------------------------------------------- x

Index No.: 1:11-cv-00733 (WHP)

ECF Case

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, K. Keely Rankin of Dechert LLP, hereby enter my appearance as counsel of record on behalf of defendant Charles H. Noski, in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       May 17, 2013

DECHERT LLP

By: /s/ K. Keely Rankin
    K. Keely Rankin
keely.rankin@dechert.com
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.:(212) 698-3500
Fax: (212) 698-3599

*Attorney for Charles H. Noski*