**BR&B**

*Barrack, Rodos & Bacine*
*A Professional Corporation*
Attorneys At Law

*Mark R. Rosen*
mrosen@barrack.com

May 14, 2013

*Philadelphia*
*San Diego*
*New York*
*New Jersey*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/13
```

**Via Federal Express**

Hon. William H. Pauley, III
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, NY  10007-1312

Re:  Pennsylvania Public School Employees' Retirement System v.
     Bank of America Corp., et al., Civil Action No. 11-CV-00733-WHP

Dear Judge Pauley:

In accordance with Your Honor's directive, the parties have conferred and they are all available for a telephone conference with the Court on Monday May 20, 2013 at any time either between 10 a.m. and 2 p.m. or from 4:30 p.m. to the end of the day. Please advise us what time you select. The parties can use the following conference number: 866-640-4044; code 465116.

We look forward to speaking with Your Honor at that time.

Respectfully,

*Mark R. Rosen*

Mark R. Rosen

MRR:rpb

cc:  All defense counsel (via email)

*The status conference is rescheduled to May 20, 2013 at 11:00 a.m.*

SO ORDERED:

*[signature]* 5/17/13
WILLIAM H. PAULEY III U.S.D.J.

3300 Two Commerce Square   *   2001 Market Street   *   Philadelphia, PA 19103
Telephone 215.963.0600   *   Facsimile 215.963.0838
www.barrack.com