UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO:<br>11-CV-00733-WHP<br><br>CLASS ACTION<br><br>**ECF CASE** |

## CERTIFICATE OF SERVICE

I, Mark R. Rosen, hereby certify that on May 20, 2013, the foregoing Lead Plaintiff Pennsylvania Public School Employees' Retirement System's Memorandum of Law in Opposition to Defendant Brian T. Moynihan's Motion for Partial Reconsideration of the Court's Order Denying the Executive Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint was filed electronically with the Court and copies will be served upon all counsel of record via the Court's ECF System.

　　　　　　　　　　　　　　　　　　　　　/s/ Mark R. Rosen
　　　　　　　　　　　　　　　　　　　　　Mark R. Rosen