UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated, | : : : : : | Index No.: 1:11-cv-00733 (WHP) |
| Plaintiff, | : : | ECF Case |
| - v - | : : | |
| BANK OF AMERICA CORPORATION, et al., | : : : | **CORRECTED MOTION FOR ADMISSION PRO HAC VICE** |
| Defendants. | : : : | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Ada Fernandez Johnson, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Kenneth D. Lewis in the above-captioned action.

I am in good standing of the bars of the state of Virginia and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 21, 2013               Respectfully Submitted,

                                 _____/s/ Ada Fernandez Johnson_____
                                 Ada Fernandez Johnson
                                 DEBEVOISE & PLIMPTON LLP
                                 555 13th Street, NW, Suite 1100 East
                                 Washington, DC 20004
                                 Phone: 202-383-8000
                                 Fax:    202-383-8118
                                 afjohnso@debevoise.com

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### ADA FERNANDEZ JOHNSON

was admitted to practice as an attorney and counsellor at the bar of this Court on November 2, 1998.

I further certify that so far as the records of this office are concerned, ADA FERNANDEZ JOHNSON is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 20th day of May

A.D. 2013

By: _____
*Deputy Clerk*



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### ADA FERNANDEZ JOHNSON

was on   JUNE 4, 1999,   duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **May 14, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: *Brandie L. Hancock*
Deputy Clerk