UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br><br>- v -<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>                 Defendants. | Index No.: 1:11-cv-00733 (WHP)<br><br>ECF Case<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

      The motion of Ada Fernandez Johnson, for admission to practice Pro Hac Vice in the above-captioned action is granted.

      Applicant has declared that she is a member in good standing of the bars of the state of Virginia and the District of Columbia; and that her contact information is as follows:

      Applicant's Name:  Ada Fernandez Johnson

      Firm Name:  Debevoise & Plimpton LLP

      Address:  555 13th Street, N.W.

      City / State/ Zip:  Washington, D.C. 20004

      Telephone / Fax:  Phone: 202-383-8000; Fax: 202-383-8118

      Applicant having requested Admission Pro Hac Vice to appear for all purposes as counsel for Kenneth D. Lewis in the above-captioned action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____     _____

                                                        United States District / Magistrate Judge