```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PENNSYLVANIA PUBLIC SCHOOL              :
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others similarly :
situated,
                                        :   11 Civ. 733 (WHP)
            Plaintiffs,
                                        :   ORDER
    -against-                            :

BANK OF AMERICA CORPORATION, et al.,    :

                Defendants.             :
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        The Court having conducted a status conference by telephone with all parties on July 26, 2013, the following schedule is established:

1. The parties are directed to submit a joint report regarding the proposed class certification motion by October 31, 2013;

2. This Court will hold a status conference by telephone on November 8, 2013 at 11:00 a.m.;

3. Plaintiff shall serve and file any motion for class certification by November 15, 2013;

4. Defendants shall serve and file any opposition by December 20, 2013;

5. Plaintiff shall serve and file any reply by January 10, 2014;

6. This Court will hear oral argument on January 31, 2014 at 11:00 a.m.;

7. Plaintiff is authorized to conduct up to 250 hours of depositions and Defendants are authorized collectively to conduct up to 250 hours of depositions; and

-1-

8. The Court will address any discovery disputes that are lodged in compliance with Rule 3A of this Court's Individual Rules.

Dated: July 30, 2013
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record*