

**BARRACK | RODOS | BACINE**
*A Professional Corporation*
ATTORNEYS AT LAW

Mark R. Rosen
mrosen@barrack.com

October 17, 2013

<u>*Via ECF*</u>

Honorable William H. Pauley, III
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007-1312

    Re:    *Pennsylvania Public School Employees' Retirement System v. Bank of America Corporation, et al.*
           Civil Action No. 1:11-cv-00733-WHP

Dear Judge Pauley:

    We respectfully write to update the Court on the status of the parties' meet and confer process regarding class certification in advance of the October 31, 2013 status report the parties will jointly submit to the Court. Defendants have informed plaintiff that they will not contest market efficiency at this stage and therefore there is no need to exchange expert reports on the October 18, 2013 date. The parties are continuing to meet and confer regarding a potential stipulation on class certification issues and will submit a status report on October 31, 2013 as directed by the Court.

    Counsel shall, of course, make themselves available at the Court's convenience for a telephone or in-person conference in advance of filing the Oct. 31st joint report if Your Honor has any questions or would like to speak with us in any way about this or the underlying litigation.

                                            Respectfully,

                                            Mark R. Rosen

MRR:rpb

cc:    All Defense Counsel (via ECF)