UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, | : : : : : | CIVIL ACTION NO. 11-CV-00733-WHP |
| Plaintiff, | : : | CLASS ACTION |
| v. | : : | |
| BANK OF AMERICA CORPORATION, et al., | : : : : : : | **MOTION OF LEAD PLAINTIFF PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM FOR CLASS CERTIFICATION** |
| Defendants. | : : | |

**PLEASE TAKE NOTICE** that upon the authorities and exhibits in the accompanying Memorandum of Law in Support of Lead Plaintiff Pennsylvania Public School Employees' Retirement System's Motion for Class Certification and Declaration of Mark R. Rosen in Support of Lead Plaintiff's Motion for Class Certification and all exhibits appended thereto, and the parties having met and conferred concerning the present matter, Lead Plaintiff, Pennsylvania Public School Employees' Retirement System, will move this Court, before the Honorable William H. Pauley, III, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for entry of an order, pursuant to Rules 23(a), 23(b)(3) and 23(g) of the Federal Rules of Civil Procedure, certifying a class consisting of all persons or entities who purchased or otherwise acquired Bank of America Corporation ("BofA" or the "Company") common stock or Common Equivalent Securities ("CES") from February 27, 2009 through October 19, 2010 (the "Class Period"), and suffered damages as a result. Excluded from the Class are: (a) Defendants; (b) members of the

233574

immediate family of each of the Executive Defendants; (c) any person who was an executive officer and/or director of BofA during the Class Period; (d) any entity that served as an underwriter for BofA's CES offering; (e) any person, firm, trust, corporation, officer, director, or any other individual or entity in which any Defendant has a controlling interest or which is affiliated with any of the Defendants; and (f) the legal representatives, agents, affiliates, heirs, successors-in-interest or assigns of any such excluded party; (2) certifying Lead Plaintiff as representative of the Class; and (3) appointing Barrack, Rodos & Bacine as Class Counsel.

**PLEASE TAKE FURTHER NOTICE** that papers in response to this motion or any portion thereof must be filed and served on or before December 20, 2013, and reply papers in further support of this motion must be filed and served on or before January 10, 2014.

Dated:  November 15, 2013

**BARRACK, RODOS & BACINE**
A. Arnold Gershon
William J. Ban
Michael A. Toomey
425 Park Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 688-0782
Facsimile: (212) 688-0783

-and-

**BARRACK, RODOS & BACINE**

By:  /s/ Mark R. Rosen
Leonard Barrack
Mark R. Rosen
Jeffrey A. Barrack
Chad A. Carder
Julie B. Palley
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Fax: (215) 963-0838

*Attorneys for Lead Plaintiff Pennsylvania Public School Employees' Retirement System and Lead Counsel for the Class*

Michele Ferencz
Chief Counsel
Steven Skoff
Assistant Counsel
Pennsylvania Public School Employees'
   Retirement System
5 North Fifth Street, 5th Floor
Harrisburg, PA  17101
Telephone:  (717) 720-4912
Fax:  (717) 783-8010

Sarah Yerger
Senior Deputy Attorney General
Civil Litigation Section
Office of Attorney General
15th Floor Strawberry Square
Harrisburg, PA  17120
Telephone:  (717) 705-2503
Fax:  (717) 772-4526

*Attorneys for Lead Plaintiff
Pennsylvania Public School Employees'
Retirement System*