UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, | : : : : : | CIVIL ACTION NO. 11-CV-00733-WHP |
| Plaintiff, | : : | |
| v. | : : | CLASS ACTION |
| BANK OF AMERICA CORPORATION, et al., | : : | |
| Defendants. | : : | |

**DECLARATION OF MARK R. ROSEN IN SUPPORT OF
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Mark R. Rosen, declare as follows:

1. I am a member of the law firm, Barrack, Rodos & Bacine, the Lead Counsel and counsel for the Lead Plaintiff Pennsylvania Public School Employees' Retirement System (hereafter "Lead Plaintiff") in this action. I make this Declaration in support of Lead Plaintiff's motion for class certification.

2. Attached to this declaration are true and correct copies of the following exhibits:

  a. Exhibit A: Lead Plaintiff's Transactions in Bank of America's Common Stock and its Common Equivalent Securities;

  b. Exhibit B: Declaration of Jeffrey W. Golan in Support of Lead Plaintiff's Motion for Class Certification; and

      c.  Exhibit C: Firm Resume of Barrack, Rodos & Bacine.

I declare, under penalty of perjury, that the foregoing facts are true and correct.

Executed on November 15, 2013.                    /s/ Mark R. Rosen
                                                                                 Mark R. Rosen