# EXHIBIT A

## PA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM
## BANK OF AMERICA
### Class Period: February 27, 2009 through October 19, 2010

| DATE | PURCHASES / ACQUISITIONS | | | DATE | SALES | | |
|---|---|---|---|---|---|---|---|
| | SHARES | PRICE/SH | AMOUNT | | SHARES | PRICE/SH | AMOUNT |
| Beginning Balance | 811,104 | | | | | | |
| 03/20/2009 | 2,977 | $6.1875 | $ 18,420 | 08/21/2009 | 10,000 | $17.4517 | $ 174,517 |
| 04/13/2009 | 129,113 | $11.0200 | 1,422,825 | 08/24/2009 | 10,150 | $17.7703 | 180,369 |
| 05/20/2009 | 180,350 | $11.4700 | 2,068,615 | 08/25/2009 | 10,150 | $17.8334 | 181,009 |
| 06/02/2009 | 16,700 | $11.4800 | 191,716 | 08/26/2009 | 5,800 | $17.7860 | 103,159 |
| 06/08/2009 | 465,574 | $12.0600 | 5,614,822 | 09/18/2009 | 4,730 | $17.6350 | 83,414 |
| 06/19/2009 | 87,494 | $13.2175 | 1,156,452 | 10/27/2009 | 17,800 | $15.2893 | 272,150 |
| 07/01/2009 | 15,150 | $13.3222 | 201,831 | 10/30/2009 | 38,000 | $14.5800 | 554,040 |
| 07/02/2009 | 7,575 | $12.8404 | 97,266 | 12/04/2009 | 610,900 | $16.0239 | 9,789,001 |
| 07/06/2009 | 7,575 | $12.2675 | 92,926 | 12/18/2009 | 24,587 | $15.0346 | 369,656 |
| 07/08/2009 | 113,304 | $11.8300 | 1,340,386 | 01/25/2010 | 20,442 | $14.9884 | 306,393 |
| 07/14/2009 | 6,900 | $12.8920 | 88,955 | 02/09/2010 | 32,360 | $14.4524 | 467,680 |
| 07/14/2009 | 13,000 | $12.9224 | 167,991 | 02/11/2010 | 16,740 | $14.6377 | 245,035 |
| 08/06/2009 | 2,100 | $16.5741 | 34,806 | 02/12/2010 | 36,462 | $14.4523 | 526,960 |
| 09/09/2009 | 1,500 | $17.0565 | 25,585 | 04/23/2010 | 137,819 | $18.5372 | 2,554,778 |
| 10/05/2009 | 1,800 | $16.8433 | 30,318 | 07/01/2010 | 107,592 | $14.0198 | 1,508,418 |
| 10/13/2009 | 943,174 | $17.8050 | 16,793,213 | | | | |
| 12/03/2009 | 39,300 | $16.3377 | 642,072 | | | | |
| 12/03/2009 | 1,013,538 | $15.0000 | 15,203,070 [1] | | | | |
| 12/08/2009 | 9,800 | $15.7790 | 154,634 | | | | |
| 03/19/2010 | 27,266 | $16.8750 | 460,114 | | | | |
| 04/16/2010 | 939,204 | $18.4090 | 17,289,806 | | | | |
| 06/18/2010 | 6,496 | $15.8290 | 102,825 | | | | |
| 09/17/2010 | 5,750 | $13.4100 | 77,108 | | | | |
| Totals: | 4,035,640 | | $ 63,275,756 | | 1,083,532 | | $ 17,316,577 |

1. PSERS purchased 1,013,538 shares of Common Equivalent Securities (CUSIP 060505419) for $15 per share on December 3, 2009, which securities were automatically converted into common shares on February 24, 2010.