UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>　　　　　Defendants. | CIVIL ACTION NO:<br>11-CV-00733-WHP<br><br><br>CLASS ACTION<br><br><br>**CERTIFICATE OF SERVICE** |

　　　　I, Mark R. Rosen, hereby certify that on this date, I caused copies of the foregoing Motion of Lead Plaintiff Pennsylvania Public School Employees' Retirement System for Class Certification, Memorandum in Support of Motion to Certify Class, Declaration of Mark R. Rosen in Support of Lead Plaintiff's Motion for Class Certification (with attached exhibits), and proposed order, to be served upon the following defense counsel of record via email:

　　　　　　　　　　Jay B. Kasner
　　　　　　　　　　Paul J. Lockwood
　　　　　　　　　　Christopher P. Malloy
　　　　　　　　　　Scott D. Musoff
　　　　　　　　　　Skadden, Arps, Slate,
　　　　　　　　　　　　Meagher & Flom LLP
　　　　　　　　　　Four Times Square
　　　　　　　　　　New York, NY 10036
　　　　　　　　　　Phone:  (212) 735-3000
　　　　　　　　　　Fax:  (212) 735-2000
　　　　　　　　　　jay.kasner@skadden.com
　　　　　　　　　　paul.lockwood@skadden.com
　　　　　　　　　　christopher.malloy@skadden.com
　　　　　　　　　　scott.musoff@skadden.com

　　　　　　　　***Attorneys for Defendant Bank of America Corporation***

233925

Lawrence J. Portnoy
Charles S. Duggan
Brian M. Burnovski
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Phone:  (212) 450-4000
Fax:  (212) 702-5800
lawrence.portnoy@davispolk.com
charles.duggan@davispolk.com
brian.burnovski@davispolk.com

*Attorneys for Defendant Neil Cotty*


Ada Fernandez Johnson
Colby A. Smith
Debevoise & Plimpton LLP
555 13th Street N.W.
Suite 1100 East
Washington, DC 20004
Phone:  (202) 383-8000
Fax:  (202) 383-8118
afjohnso@debevoise.com
casmith@debevoise.com

*Attorneys for Defendant Kenneth D. Lewis*


Patrick A. Smith
John M. Hillebrecht
Jeffrey D. Rotenberg
Samantha N. Bent
DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY 10020
Phone:  (212) 335-4500
Fax:  (212) 335-4501
patrick.smith@dlapiper.com
john.hillebrecht@dlapiper.com
jeffrey.rotenberg@dlapiper.com
samantha.bent@dlapiper.com

*Attorneys for Defendant Brian T. Moynihan*

        Robert J. Jossen
        Katherine Keely Rankin
        Adam J. Wasserman
        Dechert LLP
        1095 Avenue of the Americas
        New York, NY 10036-6797
        Phone: (212) 698-3500
        Fax: (212) 698-3599
        robert.jossen@dechert.com
        keely.rankin@dechert.com
        adam.wasserman@dechert.com

        ***Attorneys for Defendant Charles H. Noski***

        Julia E. Guttman
        Richard B. Harper
        Baker Botts L.L.P.
        30 Rockefeller Plaza
        New York, NY 10112
        Phone:  (212) 408-2500
        Fax: (212) 408-2501
        julia.guttman@bakerbotts.com
        richard.harper@bakerbotts.com

        ***Attorneys for Defendant Joe Lee Price***

Dated: November 15, 2013　　　　　　　　　　　　　　　　　　/s/ Mark R. Rosen
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mark R. Rosen