UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others similarly
situated,

        Plaintiffs,

  -against-

BANK OF AMERICA CORPORATION, et al.,

        Defendants.
------------------------------X

11 Civ. 733 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

      This Court will hold a status conference by telephone on March 21, 2014 at 10:00 a.m.

Dated: March 6, 2014
      New York, New York

                      SO ORDERED:

                      WILLIAM H. PAULEY III
                           U.S.D.J.

*All Counsel of Record*