UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
PENNSYLVANIA PUBLIC SCHOOL :
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others similarly :
situated,
: 11 Civ. 733 (WHP)
      Plaintiffs,
: ORDER
  -against- :

BANK OF AMERICA CORPORATION, et al., :

                Defendants. :
----------------------------------------X

WILLIAM H. PAULEY III, District Judge:

      The parties are directed to submit a joint status report on June 27, 2014.

Dated: March 25, 2014
      New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                                  U.S.D.J.

*All Counsel of Record*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/14