UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>- v -<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>                      Defendants. | Index No.: 1:11-cv-00733 (WHP)<br><br>ECF Case<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

       Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Roger J. Landsman, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Kenneth D. Lewis in the above-captioned action.

       I am in good standing of the bars of the state of New York and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: June 19, 2014                        Respectfully Submitted,

                                              /s/ Roger J. Landsman
                                            Roger J. Landsman
                                            DEBEVOISE & PLIMPTON LLP
                                            555 13th Street, NW, Suite 1100 East
                                            Washington, DC 20004
                                            Phone: 202-383-8000
                                            Fax:   202-383-8118
                                            rjlandsm@debevoise.com



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## ROGER LANDSMAN

was on **FEBRUARY 1, 2010,** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **June 17, 2014**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Roger Jacob Landsman

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the 17th day of February, 2009, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this 17th day of June, 2014.



Robert D. Mayberger
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>- v -<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>                      Defendants. | Index No.: 1:11-cv-00733 (WHP)<br><br>ECF Case<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

      The motion of Roger J. Landsman, for admission to practice Pro Hac Vice in the above-captioned action is granted.

      Applicant has declared that he is a member in good standing of the bars of the state of New York and the District of Columbia; and that his contact information is as follows:

      Applicant's Name:  Roger Jacob Landsman

      Firm Name:  Debevoise & Plimpton LLP

      Address:  555 13th Street, N.W.

      City / State/ Zip:  Washington, D.C. 20004

      Telephone / Fax:  Phone: 202-383-8000; Fax: 202-383-8118

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Kenneth D. Lewis in the above-captioned action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                     United States District / Magistrate Judge