UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others
similarly situated,

      Plaintiff,

 - v -

BANK OF AMERICA CORPORATION, et
al.,

      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/14

Index No.: 1:11-cv-00733 (WHP)

ECF Case

[PROPOSED] ORDER FOR
ADMISSION PRO HAC VICE

  The motion of Roger J. Landsman, for admission to practice Pro Hac Vice in the above-captioned action is granted.

  Applicant has declared that he is a member in good standing of the bars of the state of New York and the District of Columbia; and that his contact information is as follows:

  Applicant's Name: Roger Jacob Landsman

  Firm Name: Debevoise & Plimpton LLP

  Address: 555 13th Street, N.W.

  City / State/ Zip: Washington, D.C. 20004

  Telephone / Fax: Phone: 202-383-8000; Fax: 202-383-8118

  Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Kenneth D. Lewis in the above-captioned action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 25, 2014

United States District / ~~Magistrate~~ Judge