```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
PENNSYLVANIA PUBLIC SCHOOL                          :
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others similarly  :
situated,

                                                    :      11cv733
                 Plaintiffs,
                                                    :      ORDER
        -against-                                   :

BANK OF AMERICA CORPORATION, et al.,                :

                 Defendants.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The parties are directed to submit a joint status report on September 26, 2014.

Dated:  July 3 , 2014
        New York, New York


                              SO ORDERED:


                              _____
                                   WILLIAM H. PAULEY III
                                         U.S.D.J.

*All Counsel of Record*

-1-