# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212.735.7852
DIRECT FAX
917.777.7852
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

July 14, 2014

## BY ECF AND HAND DELIVERY

The Honorable William H. Pauley, III
United States District Court Judge
for the Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *Pennsylvania Public School Employees' Retirement System v. Bank of America Corp. et al.*, 11-CV-733-WHP (SDNY)

Dear Judge Pauley:

We write on behalf of all parties to respectfully request that the Court enter the enclosed proposed amendment of the confidentiality stipulation entered as an Order of this Court on September 16, 2013 (the "Confidentiality Order") (Dkt. 235). The amendment is intended to allow more documents to be produced without redactions to the receiving party while still protecting the interests of the producing party and other stakeholders, including certain non-party borrower information. The parties respectfully submit that good cause exists for the amendment and are available should the Court have any questions.

Respectfully,

Scott D. Musoff

cc: All counsel (by email)
Enclosure