

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others
similarly situated,

          Plaintiff,

- v -

BANK OF AMERICA CORPORATION,
*et al.*,

          Defendants.

------------------------------------------------------------x

Case No.: 1:11-cv-00733 (WHP)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/14

## ORDER

Before the Court is the Motion to Withdraw Melissa Armstrong as Attorney of Record for Defendant Joe Lee Price. Having considered the Motion, the Court is of the opinion that it should be granted. It is hereby

ORDERED that Melissa Armstrong be withdrawn as counsel of record for Defendant Joe Lee Price.

Dated: July 15, 2014

_____
HON. WILLIAM H. PAULEY III
United States District Judge

1