UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
PENNSYLVANIA PUBLIC SCHOOL           :
EMPLOYEES' RETIRMENT SYSTEM,
*Individually and on behalf of all others similarly*   :
*situated*,
                                                          :    11cv733
                 Plaintiffs,
                                                          :    ORDER
         -against-
                                                          :
BANK OF AMERICA CORPORATION, *et al*.,
                                                          :
                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

> The parties are directed to participate in a teleconference with the Court on July 30, 2014 at 10:00 a.m. to discuss their proposed amendment to the September 9, 2013 Confidentiality Order. The parties shall provide the court with a call-in number 24 hours before the conference.

Dated: July 28, 2014
       New York, New York

                                    SO ORDERED:

                                    _____
                                         WILLIAM H. PAULEY III
                                              U.S.D.J.

*All Counsel of Record*

-1-