UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pennsylvania Public School Employees' Retirement System,
individually and on behalf of all
others similarly situated,      Plaintiff,

-against-

Bank of America Corporation, et al.,
                    Defendant.

11 cv 733 ( WHP )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __David E. Carney__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Washington D.C. 5/11/2001 (472219) & Virginia 11/01/1999 (43914); and that his/her contact information is as follows (please print):

Applicant's Name: David E. Carney

Firm Name: Skadden, Arps, Slate, Meagher & Flom LLP

Address: 1440 New York Avenue NW

City / State / Zip: Washington, DC 20005

Telephone / Fax: (202) 371-7246 / (202) 661-8295

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Bank of America Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 7/29/14

United States District / ~~Magistrate~~ Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/14