UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>- v -<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>      Defendants. | Index No.: 1:11-cv-00733 (WHP)<br><br>ECF Case<br><br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern District of New York, I, Harry C. Morgan, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Joe Price in the above-captioned action.

I am in good standing of the bars of the state of California and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: August 6, 2014      Respectfully Submitted,

                _____
                Harry C. Morgan
                BAKER BOTTS, LLP
                1299 Pennsylvania Ave., NW
                Washington, DC 20004
                Phone: 202.639.7779
                Fax:  202.585.4095
                harry.morgan@bakerbotts.com



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**HARRY CHRISTOPHER MORGAN**

was on **JANUARY 11, 2013,** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **August 6, 2014**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617        TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

August 5, 2014

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HARRY CHRISTOPHER MORGAN, #281182 was admitted to the practice of law in this state by the Supreme Court of California on December 12, 2011; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kathan Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>- v -<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>                    Defendants. | Index No.: 1:11-cv-00733 (WHP)<br><br>ECF Case<br><br>[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE |

The motion of Harry C. Morgan, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of California and the District of Columbia; and that his contact information is as follows:

Applicant's Name: Harry C. Morgan

Firm Name: Baker Botts, LLP

Address: 1299 Pennsylvania Ave., N.W.

City / State/ Zip: Washington, D.C. 20004

Telephone / Fax: Phone: 202-639-7779; Fax: 202-585-4095

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Joe Price in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District / Magistrate Judge