UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others
similarly situated,

      Plaintiff,

- v -

BANK OF AMERICA CORPORATION, et al.,

      Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

Index No.: 1:11-cv-00733 (WHP)

ECF Case

MOTION FOR ADMISSION
PRO HAC VICE

---

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern District of New York, I, Harry C. Morgan, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Joe Price in the above-captioned action.

I am in good standing of the bars of the state of California and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: August 11, 2014      Respectfully Submitted,

                  _____
                  Harry C. Morgan
                  BAKER BOTTS, LLP
                  1299 Pennsylvania Ave., NW
                  Washington, DC 20004
                  Phone: 202.639.7779
                  Fax:  202.585.4095
                  harry.morgan@bakerbotts.com



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**HARRY CHRISTOPHER MORGAN**

was on **JANUARY 11, 2013,** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **August 6, 2014**.
>
> JULIO A. CASTILLO
> Clerk of the Court
>
> By: _____
> Deputy Clerk



# Supreme Court of California

**FRANK A. McGUIRE**
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *HARRY CHRISTOPHER MORGAN*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that HARRY CHRISTOPHER MORGAN, #281182, was on the 12th day of December, 2011, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 7th day of August, 2014.*

FRANK A. McGUIRE
Clerk of the Supreme Court

By: _____
A. Allen, Senior Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- v -<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>Defendants. | Index No.: 1:11-cv-00733 (WHP)<br><br>ECF Case<br><br>[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE |

The motion of Harry C. Morgan, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of California and the District of Columbia; and that his contact information is as follows:

Applicant's Name: Harry C. Morgan

Firm Name: Baker Botts, LLP

Address: 1299 Pennsylvania Ave., N.W.

City / State/ Zip: Washington, D.C. 20004

Telephone / Fax: Phone: 202-639-7779; Fax: 202-585-4095

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Joe Price in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

United States District / Magistrate Judge