UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others
similarly situated,

       Plaintiff,

- v -

BANK OF AMERICA CORPORATION, et al.,

       Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/14
```

Index No.: 1:11-cv-00733 (WHP)

ECF Case

[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Harry C. Morgan, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of California and the District of Columbia; and that his contact information is as follows:

Applicant's Name: Harry C. Morgan

Firm Name: Baker Botts, LLP

Address: 1299 Pennsylvania Ave., N.W.

City / State/ Zip: Washington, D.C. 20004

Telephone / Fax: Phone: 202-639-7779; Fax: 202-585-4095

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Joe Price in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 12, 2014

_____
United States District / ~~Magistrate~~ Judge