USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pennsylvania Public School Employees' Retirement System,
individually and on behalf of all
others similarly situated,          Plaintiff,

                -against-

Bank of America Corporation, et al.,
                    Defendant.

11 cv 733 (WHP)

ORDER FOR ADMISSION
PRO HAC VICE

The motion of <u>Michael S. Bailey</u>, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of: <u>Washington, DC 10/6/2008 (983676), Maryland 12/11/2007, and Massachusetts 5/21/2008 (670094)</u>; and that his contact information is as follows:

Applicant's Name: <u>Michael S. Bailey</u>
Firm Name: <u>Skadden, Arps, Slate, Meagher & Flom LLP</u>
Address: <u>1440 New York Avenue, NW</u>
City/State/Zip: <u>Washington, DC  20005</u>
Telephone/Fax: <u>(202) 371-7391 / (202) 661-2391</u>
Email: <u>michael.bailey@skadden.com</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Bank of America Corporation</u> in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  9/19/2014               _____
                                United States District / Magistrate Judge

SO ORDERED:

_____  9/24/14
WILLIAM H. PAULEY III U.S.D.J.