```
USDC SDNY                    Pauley, J.
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES'
RETIREMENT SYSTEM, Individually and on behalf of
all others similarly situated,

          Plaintiff,

    -v-

BANK OF AMERICA CORPORATION, et al.,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No.: 1:11-cv-00733 (WHP)

ECF Case

**SO ORDERED:**

_____  10/3/14
WILLIAM H. PAULEY III U.S.D.J.

## NOTICE OF WITHDRAWAL APPEARANCE

**PLEASE TAKE NOTICE** that I, Adam J. Wasserman, hereby respectfully withdraw my appearance as counsel for defendant Charles H. Noski and request removal from service of any further pleadings in connection with the above-captioned matter. After September 30, 2014 I will no longer be a partner at or otherwise affiliated with Dechert LLP, counsel of record for defendant.

Dechert LLP remains as counsel for defendant Charles H. Noski in this matter and the appearances by other Dechert LLP attorneys are unaffected by this request.

Dated: New York, New York
   September 30, 2014

DECHERT LLP

By: _____
  Adam J. Wasserman
adam.wasserman@dechert.com
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.:(212) 698-3500
Fax: (212) 698-3599

**SO ORDERED:**

_____
**U.S.D.J.**