UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, | : : : | No. 11-CV-00733 (WHP) |
| Plaintiff, | : | **ECF Case** |
| v. | : | **NOTICE OF APPEARANCE** |
| BANK OF AMERICA CORPORATION, et al., | : : | |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Please take notice that the undersigned, a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Defendant Bank of America Corporation.

Dated:  New York, New York
January 9, 2015

/s/ Christopher P. Malloy
Christopher P. Malloy
(Christopher.Malloy@skadden.com)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Phone:  (212) 735-3000

*Attorney for Defendant
   Bank of America Corporation*