# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

DIRECT DIAL
212.735.7852
DIRECT FAX
917.777.7852
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

January 16, 2015

**BY ECF AND U.S. MAIL**

The Honorable William H. Pauley, III
United States District Court Judge
for the Southern District of New York
500 Pearl Street
New York, NY  10007

RE:  *Pennsylvania Public School Employees' Retirement System v. Bank of America Corp. et al.*, 11-CV-733-WHP (SDNY)

Dear Judge Pauley:

     We respectfully write following today's pre-motion conference to provide the requested contact information for the relevant regulatory entities associated with the bank examiner privilege.  Enclosure A contains the contact information that the relevant regulations provide for each relevant entity—the Office of Comptroller of the Currency, the Board of Governors of the Federal Reserve, the Office of Thrift Supervision (merged into the Office of the Comptroller of the Currency), the Federal Deposit Insurance Corporation, the Department of Treasury, and the Department of Housing and Urban Development.

The Honorable William H. Pauley, III
January 16, 2015
Page 2

      We have also begun to meet and confer with plaintiff regarding a process and briefing schedule. The parties also will submit early next week a revised protective order addressing the issues raised at today's conference.

                                      Respectfully,

                                      Scott D. Musoff

cc:  All counsel (by email)
Enclosure

## Enclosure A

Office of the Comptroller of the Currency
Attn: Director, Litigation Division
250 400 7th Street, SW
Washington, DC 20219

Board of Governors of the Federal Reserve
Attn: General Counsel
20th Street and Constitution Avenue, NW
Washington, DC 20551

Office of Thrift Supervision (now merged with the Office of the Comptroller of the Currency)
Attn: Corporate Secretary
1700 G Street, NW
Washington, DC 20552

Federal Deposit Insurance Corporation
Attn: Office of General Counsel
550 17th Street, NW
Washington, DC 20429

Department of the Treasury
Attn: General Counsel
1500 Pennsylvania Avenue, NW
Washington, DC 20220

U.S. Department of Housing and Urban Development
New York State Office
Attn: John Cahill, Regional Counsel
Jacob K. Javits Federal Building
26 Federal Plaza, Suite 3541
New York, NY 10278-0068