```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PENNSYLVANIA PUBLIC SCHOOL                  :
EMPLOYEES' RETIREMENT SYSTEM,               :
Individually and on behalf of all others    :
similarly situated,                         :
                                            :     Index No.: 1:11-cv-00733 (WHP)
                                            :
                        Plaintiff,          :     ECF Case
                                            :
                                            :
        - v -                               :
                                            :     [PROPOSED] ORDER FOR
                                            :     ADMISSION PRO HAC VICE
BANK OF AMERICA CORPORATION, et             :
al.,                                        :
                                            :
                        Defendants.         :
                                            :
                                            :

The motion of Nina Kostyukovsky, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the state of Virginia and the District of Columbia; and that her contact information is as follows:

Applicant's Name:  Nina Kostyukovsky

Firm Name:  Debevoise & Plimpton LLP

Address:  555 13th Street, N.W.

City / State/ Zip:  Washington, D.C. 20004

Telephone / Fax:  Phone: 202-383-8000; Fax: 202-383-8118

Applicant having requested Admission Pro Hac Vice to appear for all purposes as counsel for Kenneth D. Lewis in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated:                                         SO ORDERED:

                                         _____  2/26/15
                                         WILLIAM H. PAULEY III
                                         U.S.D.J.