UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

Pennsylvania Public School
Employees' Retirement System    Plaintiff,

Case No.   1:11-cv-00733-WHP

-against-

Bank of America Corporation, et al.    Defendant.
------------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Samantha Noel Bent
FILL IN ATTORNEY NAME

My SDNY Bar Number is: BE0539        My State Bar Number is NY4748430

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Dewey & LeBoeuf LLP
            FIRM ADDRESS: 1301 Avenue of the Americas, New York, NY 10019
            FIRM TELEPHONE NUMBER: 212-259-7153
            FIRM FAX NUMBER: 212-259-6333

NEW FIRM:   FIRM NAME: DLA Piper LLP (US)
            FIRM ADDRESS: 1250 Avenue of the Americas, New York, NY 10020
            FIRM TELEPHONE NUMBER: 212-335-4689
            FIRM FAX NUMBER: 917-778-8826

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 02/27/2015

_____
ATTORNEY'S SIGNATURE