



# BARRACK | RODOS | BACINE
*A Professional Corporation*
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/15

Mark R. Rosen
mrosen@barrack.com

RECEIVED
FEB 24 2015
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

February 23, 2015

*Handwritten:* Application granted. Plaintiff shall file redacted copies of the documents with the Clerk of Court.

**SO ORDERED:**

*/s/ William H. Pauley*  2/27/15
WILLIAM H. PAULEY III U.S.D.J.

<u>Via Hand Delivery</u>

The Honorable William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

Re:   **Sealing Request** – *Pennsylvania Public School Employees' Retirement System v. Bank of America Corporation, et al.*, 11-CV-00733-WHP (S.D.N.Y.)

Dear Judge Pauley:

In compliance with Your Honor's individual practices, we hereby respectfully submit this sealing request with the attached two exhibits. Exhibit A includes one full set of the documents we request permission to seal with the words, phrases, or paragraphs to be redacted highlighted. Exhibit B contains one partial set of solely those pages on which we seek to redact material.

Thank you for your kind attention.

Respectfully,

*/s/ Mark R. Rosen*

Mark R. Rosen

MRR/mmb
Enclosures

PHILADELPHIA, PA    SAN DIEGO, CA    NEW YORK, NY    CONSHOHOCKEN, PA    LANSING, MI    NEWARK, NJ

3300 TWO COMMERCE SQUARE | 2001 Market Street | Philadelphia, PA 19103
215.963.0600  F 215.963.0838  www.barrack.com