UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated, | : : : : | No. 11 Civ. 733 (WHP) |
| Plaintiff, | : : | **MOTION FOR ADMISSION** |
| v. | : : | **PRO HAC VICE** |
| BANK OF AMERICA CORPORATION, et al., | : : | |
| Defendants. | : | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York, I, Ashley W. Walker, hereby move this Court for an Order for

admission to practice Pro Hac Vice to appear as counsel for non-party The Office of the

Comptroller of the Currency in the above-captioned action.

I am a member in good standing of the Bar of the District of Columbia Court of Appeals

and a member of the State Bar of California holding voluntary inactive status. There are no

pending disciplinary proceedings against me in any state or federal court.


March 17, 2015

Respectfully submitted,

ASHLEY W. WALKER
Office of the Comptroller of the Currency
400 7th Street SW
Washington, D.C. 20219
Telephone:     (202) 649-6300
Fax:               (202) 649-5709
ashley.walker@occ.treas.gov



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## ASHLEY W. WALKER

was on OCTOBER 13, 2006, duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C, on APRIL 15, 2014.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

**THE STATE BAR**
**OF CALIFORNIA**

**MEMBER RECORDS & COMPLIANCE**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

March 13, 2015

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ASHLEY WILCOX WALKER, #239225 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2005; that from the date of admission to January 28, 2008, she was an ACTIVE member of the State Bar of California; that on January 28, 2008, she transferred at her request to the INACTIVE status; that she has been since that date, and is at date hereof, an INACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records

NOTE:  *Only ACTIVE members of the State Bar of California are entitled to practice law in California.  (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated, | : : : : | No. 11 Civ. 733 (WHP) |
| Plaintiff, | : : | **ORDER FOR ADMISSION** |
| v. | : : | **PRO HAC VICE** |
| BANK OF AMERICA CORPORATION, et al., | : : | |
| Defendants. | : : | |

The motion of Ashley W. Walker for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the Bar of the District of Columbia Court of Appeals and a member of the State Bar of California holding voluntary inactive status; and that her contact information is as follows:

> Ashley W. Walker
> Office of the Comptroller of the Currency
> 400 7th Street S.W.
> Washington, D.C. 20219
> Telephone/ Facsimile: (202) 649-6300/(202) 649-5709
> ashley.walker@occ.treas.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for non-party Office of the Comptroller of the Currency in the above entitles action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March ___, 2015

_____
WILLIAM H. PAULEY, III
UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I, Ashley W. Walker, do hereby certify that a copy of this Motion for Admission Pro Hac

Vice was served this 17th day of March 2015 by electronic filing pursuant to Local Civil Rule

5.2.

ASHLEY W. WALKER
Counsel – Litigation Division
Office of the Comptroller of the Currency
400 7th Street SW
Washington DC 20219
Telephone:        (202) 649-6315
Facsimile:        (202) 649-5709