UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>Defendants. | No. 11 Civ. 733 (WHP)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Amber N. Melton, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for non-party The Office of the Comptroller of the Currency in the above-captioned action.

I am a member in good standing of the State Bar of Maryland. There are no pending disciplinary proceedings against me in any state or federal court.

March 18, 2015

Respectfully submitted,

*Amber N. Melton*
AMBER N. MELTON
Office of the Comptroller of the Currency
400 7th Street SW
Washington, D.C. 20219
Telephone:   (202) 649-7837
Fax:              (571) 465-3145
Amber.melton@occ.treas.gov

# Court of Appeals of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twentieth day of May, 2014,

## Amber Nicole Melton

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this ninth day of March, 2015.*

*Bessie M. Decker*
*Clerk of the Court of Appeals of Maryland*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>           Defendants. | No. 11 Civ. 733 (WHP)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Amber N. Melton for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the State Bar of Maryland and that her contact information is as follows:

> Amber N. Melton
> Office of the Comptroller of the Currency
> 400 7th Street S.W.
> Washington, D.C. 20219
> Telephone/ Facsimile: (202) 649-7837/(571) 465-3145
> Amber.melton@occ.treas.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for non-party Office of the Comptroller of the Currency in the above entitles action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  March ___, 2015

                                                                                          WILLIAM H. PAULEY, III
                                                                                          UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Amber N. Melton, do hereby certify that a copy of this Motion for Admission Pro Hac Vice was served this 18th day of March 2015 by electronic filing pursuant to Local Civil Rule 5.2.

*/s/ Amber N. Melton*
AMBER N. MELTON
Counsel – Litigation Division
Office of the Comptroller of the Currency
400 7th Street SW
Washington DC 20219
Telephone:   (202) 649-7837
Facsimile:    (571) 465-3145