USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br>Defendants. | : | CIVIL ACTION NO. 11-CV-00733-WHP<br><br>CLASS ACTION<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONCERNING DISCOVERY** |

Lead Plaintiff Pennsylvania Public School Employees' Retirement System ("Lead Plaintiff") and Defendants Bank of America Corporation ("BoA"), Kenneth Lewis, Brian Moynihan, Charles Noski, Joe Price and Neil Cotty, by their respective counsel, hereby stipulate and agree as follows:

WHEREAS, The Court granted Lead Plaintiff permission to file a motion challenging the assertion of the bank examination privilege ("BEP"), which motion has now been filed with the Court and served upon counsel for all Defendants and other interested entities;

WHEREAS, pursuant to Court Order, BoA has provided Lead Plaintiff with a log of documents withheld, redacted or clawed back based solely upon the assertion of the BEP, which log totals over 30,000 documents, with additional documents withheld or redacted based solely upon the assertion of the BEP having been subsequently identified by BoA; and

WHEREAS, the Court has established a schedule for submissions by Lead Plaintiff, Defendants, and, if desired, government regulators, which will result in the briefing on that motion not being completed before sometime in April, 2015, at the earliest; and

SO ORDERED:

[signature] 3/19/15

WILLIAM H. PAULEY III U.S.D.J.

WHEREAS, the Court noted that the parties would not be able to complete fact discovery by the March 31, 2015 deadline;

NOW, THEREFORE, counsel for all parties hereby stipulate and agree as follows:

1. The deadline for completion of fact discovery shall be extended until the following dates:
    a. If the Court denies in full the BEP motion, then the deadline for conclusion of fact discovery shall be 90 days after the entry of that Order;
    b. If the Court grants, in whole or in part, the BEP motion, then the deadline for conclusion of fact discovery shall be 90 days after there has been full and complete compliance with the Court's Order.

A. Arnold Gershon (agershon@barrack.com)
William J. Ban (wban@barrack.com)
Michael A. Toomey (mtoomey@barrack.com)
BARRACK, RODOS & BACINE
425 Park Avenue, 31st Floor
New York, New York 10022
(212) 688-0782

Leonard Barrack (lbarrack@barrack.com)
Daniel E. Bacine (dbacine@barrack.com)
Mark R. Rosen (mrosen@barrack.com)
Jeffrey A. Barrack (jbarrack@barrack.com)
Jeffrey B. Gittleman (jgittleman@barrack.com)
Chad A. Carder (ccarder@barrack.com)
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 963-0600

*Attorneys for Lead Plaintiff Pennsylvania Public School Employees' Retirement System*

Scott D. Musoff / with permission

Jay B. Kasner (jay.kasner@skadden.com)
Scott D. Musoff (scott.musoff@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Paul J. Lockwood
(paul.lockwood@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

*Attorneys for Defendant Bank of America Corporation*

Patrick J. Smith/with permission

Patrick J. Smith (patrick.smith@dlapiper.com)
Jeffrey David Rotenberg
(jeffrey.rotenberg@dlapiper.com)
John Michael Hillebrecht
(john.hillebrecht@dlapiper.com)
DLA PIPER US LLP (NY)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

*Attorneys for Defendant Brian T. Moynihan*

Robert Jeffrey Jossen/with permiss.

Robert Jeffrey Jossen
(robert.jossen@dechert.com)
L. Danielle Toaltoan
(danielle.toaltoan@dechert.com)
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036-6797
(212) 698-3500

*Attorneys for Defendant Charles H. Noski*

Colby A. Smith/with permission

Colby A. Smith (casmith@debevoise.com)
Ada Fernandez Johnson
(afjohnso@debevoise.com)
DEBEVOISE & PLIMPTON (DC)
555 13th Street, N.W.
Washington, D.C. 20004
(202) 383-8000

*Attorneys for Defendant Kenneth D. Lewis*

Lawrence J. Portnoy/with permission

Lawrence Jay Portnoy (portnoy@dpw.com)
Brian Marc Burnovski
(brian.burnovski@dpw.com)
Charles S. Duggan (charles.duggan@dpw.com
DAVIS POLK & WARDWELL L.L.P.
450 Lexington Avenue

New York, New York 10017
(212) 450-4000

*Attorneys for Defendant Neil Cotty*

Richard Harper / with permission
Richard Harper
(richard.harper@bakerbotts.com)
BAKER BOTTS LLP (NY)
30 Rockefeller Plaza
44th Floor
New York, New York 10112
(212) 408-2568

Julia Guttman (julia.guttman@bakerbotts.com)
BAKER BOTTS LLP (DC)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 639-7700

*Attorneys for Defendant Joe L. Price*

**[PROPOSED] ORDER**

It is SO ORDERED.

______________________________
William H. Pauley, III