```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others
similarly situated,

           Plaintiff,

v.

BANK OF AMERICA CORPORATION, et al.,

           Defendants.

No. 11 Civ. 733 (WHP)

**ORDER FOR ADMISSION PRO HAC VICE**

---

The motion of Ashley W. Walker for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the Bar of the District of Columbia Court of Appeals and a member of the State Bar of California holding voluntary inactive status; and that her contact information is as follows:

> Ashley W. Walker
> Office of the Comptroller of the Currency
> 400 7th Street S.W.
> Washington, D.C. 20219
> Telephone/ Facsimile: (202) 649-6300/(202) 649-5709
> ashley.walker@occ.treas.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for non-party Office of the Comptroller of the Currency in the above entitles action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED:

Dated: March ___, 2015

           _____ 3/19/15
           WILLIAM H. PAULEY III
           U.S.D.J.