UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>　　　　　　　　Defendants. | Case No. 11-CV-00733-WHP<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Thomas M. Clark as counsel in this case for Non-Party Federal Deposit Insurance Corporation, in its Corporate capacity. I certify that I am admitted to practice in this Court.

Dated: March 23, 2015

　　　　　　　　　　　Federal Deposit Insurance Corporation - Legal Division
　　　　　　　　　　　New York Legal Services Office
　　　　　　　　　　　350 Fifth Avenue – 12th Floor
　　　　　　　　　　　New York, New York 10118

　　　　　　　　　　　By:
　　　　　　　　　　　 s/ Thomas M. Clark　　　　　　　　　

　　　　　　　　　　　Thomas M. Clark
　　　　　　　　　　　thclark@fdic.gov
　　　　　　　　　　　Telephone: (917) 320-2855

　　　　　　　　　　　*Attorneys for Non-Party Federal Deposit Insurance Corporation, in its Corporate Capacity*

CERTIFICATE OF SERVICE

I, Thomas M. Clark, hereby certify that on March 23, 2015, a true and correct copy of the foregoing Notice of Appearance on behalf of Non-Party Federal Deposit Insurance Corporation, in its Corporate capacity, was served on all attorneys of record in this action by electronic filing through the Court's ECF system.

Dated: March 23, 2015
      New York, New York

      s/ Thomas M. Clark
      Thomas M. Clark

      Federal Deposit Insurance Corporation - Legal Division
      New York Legal Services Office
      350 Fifth Avenue – 12th Floor
      New York, New York 10118

      thclark@fdic.gov
      Telephone: (917) 320-2855

      *Attorneys for Non-Party Federal Deposit Insurance Corporation, in its Corporate Capacity*