AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Pennsylvania Public School Employees' Ret. System | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   11-CV-00733-WHP |
| Bank of America Corp., et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party the Board of Governors of the Federal Reserve System.

Date:   03/24/2015

*Attorney's signature*

Yvonne F. Mizusawa, D.C. Bar No. 416459
*Printed name and bar number*

Board of Governors of the Federal Reserve System
20th and C Streets, N.W., Stop 12
Washington, D.C. 20551

*Address*

yvonne.f.mizusawa@frb.gov
*E-mail address*

(202) 452-3436
*Telephone number*

(202) 736-5615
*FAX number*