**BARRACK | RODOS | BACINE**
*A Professional Corporation*
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/15

Mark R. Rosen
mrosen@barrack.com

April 1, 2015

*Via ECF and Federal Express*

The Honorable William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

Re:   Permission to File Reply Brief in Excess of 10-Page Limitation
      *Pennsylvania Public School Employees' Retirement System, etc. v.*
      *Bank of America Corporation, et al.*, 11-CV-00733-WHP (S.D.N.Y.)

Dear Judge Pauley:

In compliance with your individual practices, we hereby submit this request for permission to file a reply memorandum not to exceed 25 pages in Lead Plaintiff's Motion to Compel Discovery Withheld Based upon the Assertion of Bank Examination Privilege, D.I. 291.

We make this request because Lead Plaintiff's consolidated reply will address arguments made in four separate opposition memoranda or submissions including those filed by Bank of America, D.I. 295, and three bank examiners – The Office of the Comptroller of the Currency (OCC), D.I. 306, the Federal Deposition Insurance Corporation (FDIC), D.I. 305, and the Board of Governors of the Federal Reserve System, D.I. 303. Each of these entities has consented to this request. Plaintiff's reply is due Monday, April 6, 2015.

In compliance with your individual practices, a courtesy copy of this letter has been mailed to your Chambers. Thank you for your kind attention.

Respectfully,

Mark R. Rosen

*Application granted on consent of the parties.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
4/2/15

MRR:rpb

cc:   All Counsel (*via ECF*)

PHILADELPHIA, PA    SAN DIEGO, CA    NEW YORK, NY    CONSHOHOCKEN, PA    LANSING, MI    NEWARK, NJ

3300 TWO COMMERCE SQUARE | 2001 Market Street | Philadelphia, PA 19103
215.963.0600  F 215.963.0838  www.barrack.com