

RECEIVED APR 07 2015 CHAMBERS OF WILLIAM H. PAULEY U.S.D.J.

**BARRACK | RODOS | BACINE**
*A Professional Corporation*
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/15

Mark R. Rosen
mrosen@barrack.com

April 6, 2015

*Application granted. Plaintiff shall file redacted copies with the Clerk of the Court.*

**Via Hand Delivery**

The Honorable William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

SO ORDERED:

_____  4/7/15
WILLIAM H. PAULEY III U.S.D.J.

Re:   Sealing Request – *Pennsylvania Public School Employees' Retirement System, etc. v. Bank of America Corporation, et al.*, 11-CV-00733-WHP (S.D.N.Y.)

Dear Judge Pauley:

In compliance with your individual practices, we hereby submit this sealing request with the attached two exhibits. Exhibit A includes one full set of the documents we request permission to seal with the words, phrases, or paragraphs to be redacted highlighted. Exhibit B contains one partial set of solely those pages on which we seek to redact material.

Thank you for your kind attention.

Respectfully,

Mark R. Rosen

Enclosures

PHILADELPHIA, PA    SAN DIEGO, CA    NEW YORK, NY    CONSHOHOCKEN, PA    LANSING, MI    NEWARK, NJ

3300 TWO COMMERCE SQUARE | 2001 Market Street | Philadelphia, PA 19103
215.963.0600   F 215.963.0838   www.barrack.com