UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, | |
| Plaintiff, | CIVIL ACTION NO: 11-CV-00733-WHP |
| v. | CLASS ACTION |
| BANK OF AMERICA CORPORATION, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Mark R. Rosen, hereby certify that the foregoing Lead Plaintiff's Reply Memorandum of Law in Support of Motion to Compel Discovery Withheld Based Upon the Assertion of the Bank Examination Privilege has been filed by hand under seal, and I caused true and correct copies thereof to be served upon the following counsel via email on this 8th day of April, 2015, with a public version having been filed electronically through the Court's CM/ECF system.

> Jay B. Kasner
> Paul J. Lockwood
> Christopher P. Malloy
> Scott D. Musoff
> Skadden, Arps, Slate,
>   Meagher & Flom LLP
> Four Times Square
> New York, NY 10036
> Phone:  (212) 735-3000
> Fax:  (212) 735-2000
> jay.kasner@skadden.com
> paul.lockwood@skadden.com
> christopher.malloy@skadden.com
> scott.musoff@skadden.com
>
> *Attorneys for Defendant Bank of America Corporation*

Lawrence J. Portnoy
Charles S. Duggan
Brian M. Burnovski
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Phone:  (212) 450-4000
Fax:  (212) 702-5800
lawrence.portnoy@davispolk.com
charles.duggan@davispolk.com
brian.burnovski@davispolk.com

*Attorneys for Defendant Neil Cotty*


Ada Fernandez Johnson
Colby A. Smith
Debevoise & Plimpton LLP
555 13th Street N.W.
Suite 1100 East
Washington, DC 20004
Phone:  (202) 383-8000
Fax:  (202) 383-8118
afjohnso@debevoise.com
casmith@debevoise.com

*Attorneys for Defendant Kenneth D. Lewis*


Patrick A. Smith
John M. Hillebrecht
Jeffrey D. Rotenberg
Samantha N. Bent
DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY 10020
Phone:  (212) 335-4500
Fax:  (212) 335-4501
patrick.smith@dlapiper.com
john.hillebrecht@dlapiper.com
jeffrey.rotenberg@dlapiper.com
samantha.bent@dlapiper.com

*Attorneys for Defendant Brian T. Moynihan*

2

Robert J. Jossen
L. Danielle Toaltoan
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212) 698-3500
Fax: (212) 698-3599
robert.jossen@dechert.com
danielle.toaltoan@dechert.com

*Attorneys for Defendant Charles H. Noski*


Julia E. Guttman
Richard B. Harper
Harry C. Morgan
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Phone:  (212) 408-2500
Fax: (212) 408-2501
julia.guttman@bakerbotts.com
richard.harper@bakerbotts.com
harry.morgan@bakerbotts.com

*Attorneys for Defendant Joe Lee Price*


Ashley Walker, Esq.
Counsel-Litigation Division
Office of the Comptroller of the Currency Department of the Treasury
400 7th Street, SW
Washington, DC  20219
Ashley.Walker@occ.treas.gov
Amber.Melton@occ.treas.gov


Dane Narode, Esq.
Department of Housing and Urban Development Room 200P Mail Stop CEE Portals Building
1250 Maryland Avenue, SW
Washington, DC 20410
dane.m.narode@hud.gov

Kaye Allison, Esq.
Federal Deposit Insurance Corporation
550 17th Street, NW
Washington, DC 20429
kallison@FDIC.gov


Yvonne Mizusawa, Esq.
Senior Counsel
Legal Division
The Board of Governors
Federal Reserve System
Room 1006-A
20th Street and Constitution Avenue, NW
Washington, DC  20551
yvonne.f.mizusawa@frb.gov


Brian J. Sonfield, Esq.
Deputy Assistant General Counsel
General Law and Regulation
Department of the Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220
Brian.Sonfield@treasury.gov


        /s/ Mark R. Rosen
        Mark R. Rosen