UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | : | |
| PENNSYLVANIA PUBLIC SCHOOL | : | CIVIL ACTION NO. |
| EMPLOYEES' RETIREMENT SYSTEM, | : | 11-CV-00733-WHP |
| individually and on behalf of all others | : | |
| similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CLASS ACTION |
| v. | : | |
| | : | |
| BANK OF AMERICA CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | ELECTRONICALLY FILED |
| | : | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE BE ADVISED that as of April 1, 2015, the New York office address for

plaintiff's attorneys in the above-referenced action is:

Barrack, Rodos & Bacine
Eleven Times Square
640 Eighth Avenue, 10th Floor
New York, NY  10036

The telephone and fax numbers remain the same.


Dated:   New York, New York
         April 9, 2015

**BARRACK, RODOS & BACINE**
A. Arnold Gershon
William J. Ban
Michael A. Toomey
Eleven Times Square
640 Eighth Avenue, 10th Floor
New York, NY 10036
Telephone: (212) 688-0782
Facsimile: (212) 688-0783


                                          -and-


260980

2

**BARRACK, RODOS & BACINE**


By:   /s/ Mark R. Rosen
Leonard Barrack
Mark R. Rosen
Jeffrey A. Barrack
Jeffrey B. Gittleman
Chad A. Carder
Julie B. Palley
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Fax: (215) 963-0838

*Attorneys for Lead Plaintiff*
*Pennsylvania Public School*
*   Employees' Retirement System*
*and Lead Counsel for the Class*

260980                                    2