UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others
similarly situated,

        Plaintiff,

-v-

BANK OF AMERICA CORPORATION,
*et al.*,

        Defendants.

------------------------------------------------------------x

Case No.: 1:11-cv-00733 (WHP)

ECF CASE

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that I, Harry C. Morgan, hereby respectfully withdraw my appearance as counsel for defendant Joe L. Price and request removal from service of any further pleadings in connection with the above-captioned matter. After May 21, 2015 I will no longer be an associate or otherwise affiliated with Baker Botts LLP, counsel of record for defendant.

PLEASE TAKE NOTICE that Mr. Price will continue to be represented in this case by Julie E. Guttman and Richard B. Harper, of Baker Botts L.L.P.

Dated:    Washington, DC
            May 21, 2015

BAKER BOTTS L.L.P.

By: _/s/ Harry C. Morgan_
Harry C. Morgan
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
Tele:   (202) 639-7779
Fax:    (202) 585-4095
harry.morgan@bakerbotts.com

1