**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others
similarly situated,

         Plaintiff,

-v-

BANK OF AMERICA CORPORATION,
*et al.*,

         Defendants.

-----------------------------------------------------------x

Case No.: 1:11-cv-00733 (WHP)

ECF CASE

MOTION FOR ADMISSION
PRO HAC VICE

      Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, David M. Locher, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Joe Price in the above-captioned action.

      I am in good standing with the bar of the State of Virginia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: June 19, 2015

                              Respectfully submitted,

                              David M. Locher
                              BAKER BOTTS L.L.P.
                              The Warner
                              1299 Pennsylvania Avenue, N.W.
                              Washington, D.C. 20004
                              Tele:   (202) 639-7750
                              Fax:    (202) 639-1177
                              david.locher@bakerbotts.com

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

David Mark Locher

was admitted to practice as an attorney and counsellor at the bar of this Court on December 3, 2014.

I further certify that so far as the records of this office are concerned, David Mark Locher is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court

This 27th day of May A.D. 2015

By: _____
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
:
PENNSYLVANIA PUBLIC SCHOOL :
EMPLOYEES' RETIREMENT SYSTEM, :
Individually and on behalf of all others : Case No.: 1:11-cv-00733 (WHP)
similarly situated, :
:
Plaintiff, :
-v- : ECF CASE
:
BANK OF AMERICA CORPORATION, :
*et al.*, : **[PROPOSED] ORDER FOR**
: **ADMISSION PRO HAC VICE**
Defendants. :
:
---------------------------------------------------------x

    The motion of David M. Locher, for admission to practice Pro Hac Vice in the above-captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the state of Virginia; and that his contact information is as follows:

    Applicant's Name:  David M. Locher

    Firm Name:  Baker Botts L.L.P.

    Address:  1299 Pennsylvania Avenue, N.W.

    City / State / Zip:  Washington, D.C. 20004

    Telephone / Fax:  Phone: (202) 639-7750; Fax: (202) 639-1177

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Joe Price in the above-captioned action;

    IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____
                                            William H. Pauley, III
                                            United States District Court Judge