**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others
similarly situated,

        Plaintiff,

-v-

BANK OF AMERICA CORPORATION,
*et al.*,

        Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/15

Case No.: 1:11-cv-00733 (WHP)

ECF CASE

[PROPOSED] **ORDER FOR ADMISSION PRO HAC VICE**

    The motion of David M. Locher, for admission to practice Pro Hac Vice in the above-captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the state of Virginia; and that his contact information is as follows:

    Applicant's Name: David M. Locher

    Firm Name: Baker Botts L.L.P.

    Address: 1299 Pennsylvania Avenue, N.W.

    City / State / Zip: Washington, D.C. 20004

    Telephone / Fax: Phone: (202) 639-7750; Fax: (202) 639-1177

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Joe Price in the above-captioned action;

    IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED:

Dated: 6/29/15

_____
WILLIAM H. PAULEY III
U.S.D.J.