UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES
RETIREMENT SYSTEM, individually and on behalf
of all others similarly situated,                  Case No. 11-CV-00733-WHP

                 Plaintiff,                     CONSENT ORDER GRANTING
             v.                                   SUBSTITUTION OF ATTORNEY

BANK OF AMERICA CORPORATION, et al.      Case Number: 11-cv-00733-WHP

                 Defendants.

-------------------------------------------------------------------------X

Notice is hereby given that, subject to approval by the court, Non-party Federal Deposit Insurance Corporation, in its Corporate capacity, substitutes Lorraine S. Fields, State Bar No. 1977636, as counsel of record in place of Thomas M. Clark.

Contact information for new counsel is as follows:

    Firm Name:    Federal Deposit Insurance Corporation – Legal Division
                           New York Legal Services Office
    Address:       350 Fifth Avenue, 12th Floor
                           New York, NY  10118
    Telephone:   917-320-2546
    Facsimile:    917-320-2917
    E-Mail: LOFIELDS@FDIC.GOV

I consent to the above substitution.           Federal Deposit Insurance Corporation
                                               In its corporate capacity
Date:  September 30, 2015                      By_____s/Kaye Allison_____

I consent to being substituted
Date:   September 30, 2015                     ____s/Thomas M. Clark_____

I consent to the above substitution
Date:   September 25, 2015                     ____s/Lorraine S. Fields_____

The substitution of attorney is hereby approved and so ORDERED.

Date:_____   _____
                                                          U.S.D.C.J.