UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF NEW YORK

------------------------------------

PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES'
RETIREMENT SYSTEM, individually and on behalf of
all others similarly situated,

          Plaintiff,

   v.

BANK OF AMERICA CORPORATION, et al.,

          Defendants.

------------------------------------

Case No. 11-CV-00733 (WHP)

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

          Ada F. Johnson
          _____

          FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____ My State Bar Number is _____

I am,

[X] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:

    FIRM NAME: _____ Debevoise and Plimpton LLP
    FIRM ADDRESS: 555 13th Street, NW Suite 1100E, Washington DC 20004
    FIRM TELEPHONE NUMBER (202) 383-8000
    FIRM FAX NUMBER: (202) 383-9224

NEW FIRM:

2

|  |  |
|---|---|
| FIRM NAME: | Debevoise and Plimpton LLP |
| FIRM ADDRESS: | 801 Pennsylvania Avenue NW, Suite 500, Washington, DC 20004 |
| FIRM TELEPHONE NUMBER: | (202) 383-8000 |
| FIRM FAX NUMBER: | (202) 383-8118 |

☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 01/06/2016                                   s/ Ada F. Johnson

                                                    ATTORNEY'S SIGNATURE