UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF NEW YORK

-------------------------------------

PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES'
RETIREMENT SYSTEM, individually and on behalf of
all others similarly situated,

          Plaintiff,

    v.

BANK OF AMERICA CORPORATION, et al.,

          Defendants.

-------------------------------------

Case No. 11-CV-00733 (WHP)

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

    Nina Kostyukovsky
_____

FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____ My State Bar Number is_____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:

    FIRM NAME: _____ Debevoise and Plimpton LLP
    FIRM ADDRESS: 555 13th Street, NW Suite 1100E, Washington DC 20004
    FIRM TELEPHONE NUMBER (202) 383-8000
    FIRM FAX NUMBER: (202) 383-9224

NEW FIRM:

    FIRM NAME: _____ <u>Debevoise and Plimpton LLP</u>
    FIRM ADDRESS: <u>801 Pennsylvania Avenue NW, Suite 500, Washington, DC 20004</u>
    FIRM TELEPHONE NUMBER: <u>(202) 383-8000</u>
    FIRM FAX NUMBER: <u>(202) 383-8118</u>

☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
was entered on _____ by Judge _____ .

Dated: 01/06/2016            <u>s/ Nina Kostyukovsky</u>

                                                                  ATTORNEY'S SIGNATURE