UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF NEW YORK

-----------------------------------------

PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES'
RETIREMENT SYSTEM, individually and on behalf of
all others similarly situated,

            Plaintiff,

v.

BANK OF AMERICA CORPORATION, et al.,

           Defendants.

-----------------------------------------

Case No. 11-CV-00733 (WHP)

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Colby A. Smith
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____  My State Bar Number is 2214450

I am,

[X] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:

FIRM NAME:   Debevoise and Plimpton LLP
FIRM ADDRESS:   555 13th Street, NW Suite 1100E, Washington DC 20004
FIRM TELEPHONE NUMBER   (202) 383-8000
FIRM FAX NUMBER:   (202) 383-9224

NEW FIRM:

> FIRM NAME: _____ Debevoise and Plimpton LLP
> FIRM ADDRESS: 801 Pennsylvania Avenue NW, Suite 500, Washington, DC 20004
> FIRM TELEPHONE NUMBER: (202) 383-8000
> FIRM FAX NUMBER: (202) 383-8118

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: January 7, 2016

_____
ATTORNEY'S SIGNATURE