

Debevoise & Plimpton LLP
555 13th Street, N.W.
Washington, D.C. 20004
+1 202 383 8000

**VIA CM/ECF**

January 26, 2016

The Honorable William H. Pauley III
United Stated District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Pennsylvania Public School Employees' Retirement System v. Bank of America Corp.*,
No. 11-cv-00733

**Withdrawal of Attorney**

Dear Judge Pauley:

    Please be advised that, effective January 29, 2016, I no longer will be employed by the firm of Debevoise & Plimpton LLP, the attorneys for Defendant Kenneth D. Lewis in the above-captioned matter. Other Debevoise attorneys have appeared and will continue to represent Mr. Lewis.

    I hereby respectfully request the Court's permission to have my name removed from the Court's docket and electronic mailing distribution list. I would be most grateful if Your Honor would approve of my withdrawal by having this letter memo endorsed so that the clerk may modify and update the Court's records accordingly.

    Thank you for your attention to this request.

    Respectfully submitted,

    /s/ Nina Kostyukovsky
    Nina Kostyukovsky

SO ORDERED:

_____
HON. WILLIAM H. PAULEY III
United States District Judge

www.debevoise.com