UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, | CIVIL ACTION NO. 11-CV-00733-WHP <br><br> CLASS ACTION |
| Plaintiff, | **LEAD PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, APPROVAL OF CLASS NOTICE AND SCHEDULING OF FINAL APPROVAL HEARING** |
| v. | |
| BANK OF AMERICA CORPORATION, et al., | |
| Defendants. | |

**BARRACK, RODOS & BACINE**
A. Arnold Gershon
William J. Ban
Michael A. Toomey
Eleven Times Square
640 8th Avenue, 10th Floor
New York, NY 10036
Telephone: (212) 688-0782
Facsimile: (212) 688-0783

**BARRACK, RODOS & BACINE**
Leonard Barrack
Mark R. Rosen
Jeffrey A. Barrack
Jeffrey B. Gittleman
Chad A. Carder
Julie B. Palley
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Fax: (215) 963-0838

**PLEASE TAKE NOTICE** that the Court-appointed Lead Plaintiff, the Commonwealth of Pennsylvania, Public School Employees' Retirement System ("PSERS" or "Lead Plaintiff"), on behalf of itself and the Certified Class, respectfully moves for: (i) preliminary approval of the settlement reached with all Defendants; (ii) approval of the form and substance of the proposed forms of Notice and directing that notice be given to prospective members of the Class; (iii) scheduling a hearing at which final approval of the Settlement, Plan of Allocation and an award of attorneys' fees and litigation expenses to Lead Counsel may be considered; and (iv) such additional or different relief as the interests of law, justice or equity may require.

Lead Plaintiff is contemporaneously filing a memorandum of law, which is incorporated as if fully set forth herein, in support of this motion.

A proposed order preliminarily approving proposed settlement and providing for notice is submitted herewith.

Dated:  March 15, 2016

Respectfully submitted,

**BARRACK, RODOS & BACINE**
A. Arnold Gershon
William J. Ban
Michael A. Toomey
425 Park Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 688-0782
Facsimile: (212) 688-0783

-and-

**BARRACK, RODOS & BACINE**

By:   /s/ Mark R. Rosen
Leonard Barrack
Mark R. Rosen
Jeffrey A. Barrack
Jeffrey B. Gittleman
Chad A. Carder
Julie B. Palley
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Fax: (215) 963-0838

*Attorneys for Lead Plaintiff Commonwealth of Pennsylvania, Public School Employees' Retirement System and Lead Counsel for the Class*

2