

# BARRACK | RODOS | BACINE
*A Professional Corporation*
ATTORNEYS AT LAW

Mark R. Rosen
mrosen@barrack.com

March 15, 2016

### *Via Federal Express Mail*

Honorable William H. Pauley, III
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Pennsylvania Public School Employees' Retirement System v. Bank of America Corp., et al., Civil Action No. 11-CV-00733-WHP*

Dear Judge Pauley:

    As counsel for Lead Plaintiff and Class Representative Commonwealth of Pennsylvania, Public School Employees' Retirement System ("PSERS"), we are today filing and providing Your Honor courtesy copies of the following documents in connection with the proposed settlement of this class action:

1. Lead Plaintiff's notice of motion for preliminary approval of proposed settlement, approval of class notice, and scheduling of final approval hearing;

2. Lead Plaintiff's memorandum of law in support of motion for preliminary approval of proposed settlement, approval of class notice and scheduling of final approval hearing;

3. [Proposed] order preliminarily approving proposed settlement and providing for notice;

4. [Proposed] final judgment and order.

    On the assumption that the preliminary approval motion meets with Your Honor's approval, counsel respectfully propose that the Court schedule the final approval hearing for a date convenient to the Court on or after July 20, 2016. Of course, counsel would be happy to make themselves available at the Court's convenience for either an in-court or telephone conference to address the dates to be inserted in the proposed preliminary approval order leading

PHILADELPHIA, PA    SAN DIEGO, CA    NEW YORK, NY    CONSHOHOCKEN, PA    LANSING, MI    NEWARK, NJ

3300 TWO COMMERCE SQUARE | 2001 Market Street | Philadelphia, PA 19103
215.963.0600  F 215.963.0838  www.barrack.com





Honorable William H. Pauley, III
Page 2
March 15, 2016

up to the hearing for final approval of the proposed settlement. Alternatively, we can make ourselves available to review the dates with Your Honor's law clerk or deputy court clerk, if the Court would prefer.

Respectfully,

Mark R. Rosen

MRR:rpb
Enclosures

cc:     All defense counsel (via email and ECF)