```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PENNSYLVANIA PUBLIC SCHOOL          :
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others similarly  :
situated,
                                    :   11cv733
          Plaintiffs,
                                    :   ORDER
     -against-                      :

BANK OF AMERICA CORPORATION, et al., :

          Defendants.               :
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        The parties shall appear for a telephonic conference to discuss Lead Plaintiff's motion for preliminary approval of a settlement, approval of class notice, and scheduling of a final approval hearing on April 13, 2016 at 4:30 p.m. The parties shall provide this Court with a dial-in number prior to the conference.

Dated: April 8, 2016
      New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                            U.S.D.J.

*All Counsel of Record via ECF.*