UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
PENNSYLVANIA PUBLIC SCHOOL           :
EMPLOYEES' RETIRMENT SYSTEM,
*Individually and on behalf of all others similarly*           :
*situated*,

                                                       :       11cv733

              Plaintiffs,

                                                        :       <u>ORDER</u>

      -against-

                                                          :

BANK OF AMERICA CORPORATION, *et al.*,

                                                          :

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
WILLIAM H. PAULEY III, District Judge:

        The parties shall appear for a telephonic status conference to address the parties' proposed amendments to the motion for preliminary approval of a settlement, approval of class notice, and scheduling of a final approval hearing on June 6, 2016 at 2:00 p.m.  The parties shall provide this Court with a dial-in number prior to the conference.

Dated:  May 20, 2016
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record*

-1-