UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>Defendants. | CIVIL ACTION NO. 11-CV-00733-WHP<br><br>CLASS ACTION<br><br>**ORDER ON MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES** |

This matter having come before this Court upon the motion of the Court-appointed Lead Plaintiff, the Commonwealth of Pennsylvania, Public School Employees' Retirement System ("PSERS" or "Lead Plaintiff") for award of attorneys' fees and reimbursement of litigation expenses; and

This Court having considered the submissions of all interested persons, and having conducted a hearing on November 29, 2016 on this motion, and good cause having been shown,

It is on this  30th  day of  December , 2016, hereby ORDERED and DECREED that the motion is GRANTED IN PART AND DENIED IN PART. It is further ORDERED and DECREED:

    1. The Court hereby awards Barrack, Rodos & Bacine $41,340,835.80 in attorneys' fees and $1,386,167.33 in reimbursement of litigation expenses incurred in the prosecution of this Action.

291225

2. The Court hereby awards PSERS $130,323.70 in reimbursement of reasonable costs and expenses directly relating to the representation of the Class, pursuant to 15 U.S.C. § 78u-4(a)(4).

3. Interest on the awards to Barrack, Rodos & Bacine and to PSERS shall accrue on each award from the date of this Order to the date it is paid out of the Court Registry Investment System ("CRIS") at the same rate as interest accrues and is paid on the remaining settlement funds on deposit with the CRIS up to the date of payment of that award.

4. The Court hereby directs entry of final judgment on the claims for attorneys' fees and reimbursement of litigation expenses, and expressly determines, pursuant to Federal Rule of Civil Procedure 54(b), that there is no just reason for delay in the entry of judgment on this Order.

Dated: December 30, 2016
New York, NY

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

2