UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others Similarly situated, : : : : : Plaintiff, : : v. : : BANK OF AMERICA CORPORATION, et al., : : Defendants. : : | CIVIL ACTION NO. 11-CV-00733-WHP CLASS ACTION |

ORDER ON MOTION OF LEAD PLAINTIFF PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM TO RATIFY DETERMINATIONS OF CLAIMS ADMINISTRATOR ON ALL FILED CLAIMS

This matter having come before this Court on the motion of Lead Plaintiff Pennsylvania Public School Employees' Retirement System ("Lead Plaintiff") to ratify determinations of the Court-appointed Claims Administrator, Heffler, Radetich & Saitta, LLP ("Heffler") on all filed claims, and the Court having considered this motion, and the Declaration of Edward J. Radetich, Jr. of Heffler ("Radetich Declaration"), and good cause having been shown,

It is on this __12__ day of _____October_____, 2018, hereby ORDERED and DECREED as follows:

1. The recommended administrative determinations taken by Heffler, as set forth in the Radetich Declaration, in accepting and rejecting those Claims submitted in connection with the Settlement of the above-captioned Action in connection with the Settlement that were timely submitted by November 14, 2016 cut-off date, whether or not those Claims were originally

deficient and subject to further submission or re-evaluation after that cut-off date, are hereby APPROVED.

2.   As set forth in the Radetich Declaration, those Claims that were postmarked or received <u>after</u> the November 14, 2016 deadline established by the Court but before August 20, 2018, and were otherwise eligible for payment, are hereby REJECTED.

3.   The recommended administrative determinations rejecting all claims received by Heffler on or after August 20, 2018, as set forth in the Radetich Declaration, are hereby APPROVED.

4.   Lead Plaintiff shall forthwith file a motion seeking a Court Order directing the transfer of Settlement Funds from the C.R.I.S. system to fund the initial distribution to the Class, to pay the fees and expenses incurred by Heffler, and to pay the Court-approved attorneys' fees of Barrack, Rodos & Bacine.

Dated:   October 12, 2018
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.