UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of all others Similarly situated,  :<br><br>Plaintiff,  :<br><br>v.  :<br><br>BANK OF AMERICA CORPORATION, et al.,  :<br><br>Defendants.  : | CIVIL ACTION NO.<br><br>11-CV-00733-WHP<br><br>CLASS ACTION |

**ORDER ON MOTION OF LEAD PLAINTIFF PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM FOR ORDER DIRECTING THE PAYMENT FROM THE COURT REGISTRY INVESTMENT SYSTEM OF PREVIOUSLY-AWARDED ATTORNEYS' FEES WITH ACCRUED INTEREST**

This matter having come before the Court upon the Motion of Lead Plaintiff Pennsylvania Public School Employees' Retirement System for an Order directing the payment from the Court Registry Investment System of previously-awarded attorneys' fees with accrued interest, and

The Court having considered Lead Plaintiff's Motion, and the October 24, 2018 Declaration of Edward J. Radetich, Jr., and good cause having been shown,

It is hereby Ordered and Decreed that the Court Registry Investment System, which is holding the Settlement Fund in this action, shall promptly issue and deliver a check payable to Lead Counsel Barrack, Rodos & Bacine ("Barrack") in the amount of $42,121,073.81 to pay Barrack previously-awarded attorneys' fees together with accrued interest from December 30,

2016 through October 12, 2018, as calculated in the October 24, 2018 Declaration of Edward J. Radetich, Jr.

Dated:  November 9, 2018
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.