UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
PENNSYLVANIA PUBLIC SCHOOL :
EMPLOYEES' RETIREMENT SYSTEM, :
Individually and on behalf of all others similarly : 11 Civ. 733 (LGS)
situated, :
                          Plaintiff, : ORDER
:
            -against- :
:
BANK OF AMERICA CORPORATION, et al., :
                          Defendants. :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, this class action has settled and the settlement fund is being dispersed to class members;

    WHEREAS, the Court directed Plaintiffs to file a motion for an order directing payment of the cy pres award when it became no longer feasible or economical to redistribute the remainder of the fund. It is hereby

    **ORDERED** that, by **September 25, 2024**, Plaintiffs shall file a motion for cy pres distribution or a status letter apprising the Court of the progress of distributions.

Dated: September 10, 2024
       New York, New York

                                                        LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE