UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PENNSYLVANIA PUBLIC SCHOOL
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on behalf of all others similarly situated,

                          Plaintiff,

-against-

BANK OF AMERICA CORPORATION, et al.,
                          Defendants.
------------------------------------------------------------X

11 Civ. 733 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an order directing payment of the remainder of the settlement fund issued on October 12, 2022;

WHEREAS, as of counsel's last status letter, filed September 20, 2024, the claims administrator was in the process of distributing the last of the Net Settlement Fund to the settlement class members;

WHEREAS, the Court directed Plaintiffs to file a motion for an order directing payment of the cy pres award when it became no longer feasible or economical to redistribute the remainder of the fund. It is hereby

**ORDERED** that, by **May 2, 2025**, Plaintiffs shall file a motion for cy pres distribution or a status letter concerning payments to the settlement class. If all distributions have been made, Plaintiffs shall file an accounting for the disbursement of the entirety of the Gross Settlement Fund.

Dated: April 16, 2025
       New York, New York

                                               LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE